# EXHIBIT A



"Top 10" Reports     Find Business Software     White Papers & Demos     Vendor Review     Blog



» Get Business Software Buzz via Email  |  SHARE

**Human Capital Management Vendors**

Human Capital Management Vendors

Talent Management Vendors

   Authoria

   Halogen

   Insala

   Saba

   Softscape

   SuccessFactors

   SumTotal

   Taleo

   Workday

**RELATED INFORMATION**

ERP Vendors

**Over 550 Webinars & Demos Available**

## Top 10 Talent Management Software Vendors

- Free report features the leading vendors.
- Quickly compare vendor capabilities.
- Includes vendor background and contact information.
- Find the talent management software that is right for your company.

**Download Now**

## SuccessFactors Talent Management Solutions

**SuccessFactors**
People Performance

SuccessFactors provides state-of-the-art performance and talent management solutions that help organizations of every size and category realize their potential through their talent.

With a customer-focused ethic that is its single most important and recognized quality, SuccessFactors has worked to achieve a growth rate 3x that of its nearest competitor. It's also helped the company earn nearly 100% customer referenceability and become one of the most widely recognized performance and talent management solutions on the planet.

SuccessFactors works every day to help companies achieve tangible and measurable results with performance and talent management initiatives that use the latest research, the smartest technology, and the most secure systems on the planet.

SuccessFactors is a leading provider of on-demand employee performance and talent management solutions that enable organizations of every size, across every industry and geography, to achieve high-performing workforces by enabling goal alignment and execution, talent development and planning, and pay-for-performance initiatives. SuccessFactors currently has more than 1,950 customers across more than 60 industries, with more than 3.7 million end users in over 185 countries using the application in 22 languages.

Founded in 2001 with offices around the world, the company employs more than 700 people, all passionately focused on revolutionizing the future of work.

**SuccessFactors Key Strengths**

- SuccessFactors provides an affordable, integrated, on-demand performance and talent Management software suite for companies of every shape and size. The company's on-demand software solution ranges from recruiting to performance, compensation and succession and everything in between.

- The company's solutions are designed to be easy for anyone to use but powerful enough to uncover critical insights that help drive never before seen business performance from and organization's most valuable asset: its workforce.

- All of SuccessFactor's integrated performance management applications share a common codebase, developed by SuccessFactors, so that they work seamlessly together. They can be licensed separately, if desired, and rolled out in the timeline that fits an organization best.

- On April 30, 2008, SuccessFactors was named One of the Best Places to Work in the Bay Area for the Second Straight Year.

### MORE INFORMATION

- Why Your Company Needs Talent Management
- Boosting Employee Satisfaction with Talent Management Software
- Key Features of Talent Management Solutions
- The Most Important Talent Management Metrics
- Choosing the Right Talent Management Package



How Celestica Built
the Self-Service
Supply Chain



The Dynamic
Enterprise - Field
Services & Asset
Maintenance



Joshen Paper &
Packaging: S2K for
Distribution



Using CRM to
Leverage Customer
Relationships in …

© 2010 Business-Software.com.  All Rights Reserved. |   Privacy Statement   |   Terms of Use   |   Contact Us   |   Advertising   |   Sitemap

# EXHIBIT B



Log in     Contact     Support     Language

Solutions | Technology | Customers | About | Resources        Search

**Customers List**
Customers by Industry
SuccessStories
Video SuccessStories
Customer Resources

8 million+ users | 3,000+ customers | 185 countries | 32 languages | 60 industries

**NEXT STEPS**
Request a Meeting
Application Suite Video
Attend an Event/Webinar

# Our Customers

## Consumer Goods  Explore this Industry

| | | |
|---|---|---|
| A123 Systems | Gimbals Fine Candies | ProductsPreferred, LLC |
| Agland Co-op | Herbalife International | Proex, Inc. |
| Anhydro, Inc | Innovative Retail Solutions | PVC Container Corporation |
| Asesoria y Servicios GIS S.A. DE C.V. | Insomniac Games | Quality Fresh Cigars, Inc. |
| Bardwill Industries | Johnston Paper Company | R.J. Reynolds Tobacco Company |
| Black & Veatch Corporation | Kapstone Paper & Packaging Corporation | Remy Cointreau USA |
| Bully Dog Technologies | Kellogg Company | SAJO O&F Co., Ltd. |
| Cadbury, PLC | Ken's Food Inc. | Scholle Corporation |
| Carter's | Kimberly-Clark | Sega of America, Inc. |
| Cole Haan | Kirby Risk | Single Source, Inc. |
| Colorlab Cosmetics | LeapFrog Enterprises, Inc. | Sleeman Breweries Ltd. |
| Compass Pharma Services | Line 6 | SpaEquip |
| ConAgra Foods, Inc. | LT Apparel Group | Spin Master Ltd. |
| Contec, Inc. | Manna Pro Products LLC | Square D Company |
| Creative Office Environments | MARS Incorporated | Stein World, LLC |
| CSM Worldwide | Moorim Paper Co., Ltd. | Suburban Sports Group |
| Desert Glory | Moulding and Millwork | The Teaching Company |
| Earl's Organic Produce | Mountz | Trilegiant Corporation |
| Easton Technical Products | Nature's Path Organic Foods | Tupperware Corporation |
| Ed Miniat, Inc. | New Belgium | Under Armour Inc. |
| El Clasificado | Nittany Embroidery | United Industries Corporation |
| Euro Suisse International Ltd | Pak Sher, Inc. | Yuhan-Kimberly |
| General Floor Industries Inc. | PlayPhone | |

## Retail  Explore this Industry

| | | |
|---|---|---|
| American Eagle Outfitters, Inc. | Genuine Parts | PETCO Animal Supplies Inc. |
| American Office Equipment Company, Inc. | Gilt Groupe | Provide Commerce, Inc |
| Australian Automotive Air Pty Ltd | GrandVision Information Services | Red Balloon Days |
| Backcountry.com | Great American Restaurants, Inc. | REI |
| Bare Escentuals Beauty Inc. | Hanna Andersson Corp. | Restoration Hardware, Inc. |
| Big Dot of Happiness | Hudson News Group | Roadhouse Calgary |
| BPH Inc. L.L.C. | Jasco Products | Roll International |
| Buyonlinenow.com | Katz Group Canada Ltd. | Soccer 4 All |
| CafePress.com, Inc. | Knowlan's Super Markets, Inc. | Sparston, Inc. |
| California Pizza Kitchen | LensCrafters, Inc. | Spiller's |
| Caribou Coffee Company, Inc. | Live Nation Worldwide, Inc. | Spirit Electronics |
| Chico's Retail Services, Inc. | Luxottica | Supermercados Internacionales HEB S.A. de |
| Citarella | Luxxotica | C.V. |
| DFS Group L.P. | Myer Pty Limited (AUD) | The Benetton Group |
| Discount Ramps.Com LLC | Nisbet Brower | The Warnaco Group |
| Donsuemor Inc. | Oakley, Inc. | The Wine House |
| Estee Lauder | Oliver Peoples | Vartek Services, Inc. |
| FedEx Kinko's | Pacific Sunwear of California (PacSun) | Vita-Mix Corporation |
| Follett Corporation | Pavilion Gifts | Wilcon Builder's Depot, Inc. |
| Gap Inc | Pep Boys | Wildflower Bread Company |

## Healthcare  Explore this Industry

| | | |
|---|---|---|
| ACGME | Global Healthcare Exchange, LLC | Piedmont Behavioral Healthcare |
| Acist Medical Systems | Hansen Medical | Pioneers Memorial Healthcare District |
| Adventist Hospital & Clinic Services | Harrisonburg Medical Associates | Planned Parenthood of Los Angeles |
| Advocate Health Care | Hattiesburg Clinic PA | Planned Parenthood Orange and San |
| Affinity Health Plan, Inc. | Health Advances | Bernardino Counties |
| Affinity Health System | Health Care For All | Pocket Nurse Enterprises Inc. |
| Agnesian Healthcare | Health Net, Inc. | PRA International |
| Alverno Clinical Labs, LLC | HealthForce Partners | Prince Court Medical Centre |
| Apotex Inc. | Heath Services | ProCare Health Services |
| APS Healthcare | Illinois College of Optometry | Ride-Away Handicap Equipment Corp |
| Archimedes, Inc. | Independence Blue Cross | rL Solutions |
| Ascension Health | International Hospital Corporation | Rockwall Hospitals, Inc. |
| athenahealth, Inc. | Invo Healthcare | Salina Regional Health Care |
| Baptist Health South Florida | Jackson Health System | San Joaquin Community Hospital |
| Baptist Health System-Birmingham | JK Dental Labs | Smith & Nephew, Inc. |
| Bausch & Lomb Incorporated | Kernan Hospital | Southern Illinois Hospital Services |
| Baylor College of Medicine | Lancaster General | Southwest Washington Health System |
| Baylor Health Care System | Liposcience | Sport and Spine Rehab |
| Blue Cross Blue Shield Of Kansas City | Litzenberg Memorial | SSM Health Businesses |
| Blue Cross Blue Shield of Montana | Longmont United Hospital | Staffing Department.org |
| Blue Cross of Northeastern PA | Louisiana Health Service & Indemnity Co. | Stryker Corporation |
| BMC HealthNet Plan | dba Blue Cross Blue Shield of Louisiana | Sutter Health |
| Bon Secours Health System, Inc. | Lowell General Hospital | TenderCare Community Health Center |
| BPA Health | Macomb-Oakland Regional Center, Inc. | Tenet Healthcare Corporation |
| Catholic Health East | Marilyn J Clinic | The Cardiovascular Group |
| Catholic Healthcare Partners | Memorial Health | The Carolinas Center for Medical Excellence |
| Cincinnati Children's Hospital Medical | Methodist Healthcare Ministries | The Children's Hospital Association |

Center
Colorado Health Foundation
Community Health Plan Of Washington
Complete Foot and Ankle Care of North
Texas P.A.
Cubist Pharmaceuticals Inc.

Danbury Health Systems, Inc.
Daughters of Charity Health System
Delta Dental of Kentucky
Detroit Wayne County Health Authority
DJO LLC
Doctors Community Hospital
Dundee Dermatology
Emory Healthcare
Feather River Hospital
FEI Behavioral Health
Franciscan Health System
Gambro
Georgia Arrhythmia Consultants LLC
Glendale Adventist Medical Center

Methodist Hospital of Southern CA
Miami Children's Hospital
Michael J. Doucet DDS
Montgomery General Hospital
MRC Technology
Musculoskeletal Transplant Foundation, Inc

Neighborhood Health Plan of Rhode Island
Neighborhood Health Plans (NHP)
Northeast Medical Center
Norwell VNA
NuVasive, Inc.
Nycomed (ALTANA Pharma) de Mexico
Oneida County Hospital
Orsini Home Medical
Palmetto Health
Peoria Surgical Group, Ltd.
Perlegen Sciences, Inc.
Phelps County Regional Medical Center
Phoenix Children's Hospital

The Doctors Company
The Joint Commission
The Mattson Jack Group
The Schumacher Group Of Louisiana
Tibion Corporation
Touchstone Health

United Disabilities Services
University Medical Center
University of Massachusetts Medical School
VaLiance Health, LLC
Wellmark, Inc.
WellSpan Health
Wellstar Health Systems
West Penn Allegheny Health Systems
White Memorial Medical Center
Woori Medical Group Co., Ltd
XL Health
Yoakum Community Hospital

## Energy and Chemicals Explore this Industry

Aboitiz Group of Companies
Abu Dhabi Future Energy Company
Agni Energie Sdn. Bhd
Alberta Fuel
Amerex Natural Gas
American Electric Power
Belco Holdings
Blue Star Gas
Canexus Ltd
CARBO Ceramics Inc.
Centrica
CGGVeritas Services (U.S.) Inc.
Clipper Windpower
Coast Oil Company, LLC
Cogentrix Energy
Commerce Energy Group
Consolidated Edison, Inc.
Contour Housing Group
Delta Electricity
Direct Energy
Distribution Control Systems, Inc.
Duke Energy
East Rand Water Company
Edison Mission Group
El Paso Corporation

Electric Power Research Institute, Inc.
Equitable Resources
EXCO Resources, Inc.
Explorer Pipeline
Fuel 4 Less LLC
GAZ De France
Grand Haven BLP
GreenVolts Inc.
GTN (Formerly National Energy & Gas
Transmission, Inc.)
Haas Petroleum Engineering Services, Inc.
Henkels & McCoy, Inc.
HFI Pyrotechnics
Hydrogenics Corporation
INPO
Integrys Energy Group, Inc.
Jacobus Energy
Johnson Matthey plc
Keppel FELS Limited
Kuwait Petroleum Corporation
Lincoln Composites
Linde Process Plants, Inc.
Little Red Services
Murphy Oil Corporation
National Ground Water Association (NGWA)
New Jersey Resources Service Corporation

NewMarket
NiSource, Inc.
North American Construction Group
Northeast Utilities
Northern Virginia Electric Cooperative
Omaha Public Power District
Pepco Holdings, Inc.
Philadelphia Gas Works (PGW)
Phoenix Park Gas Processors Ltd
Pride International
PSEG
Sigma Aldrich
SolarCity
Solutia Inc.
Southern Star
Suncor Energy, Inc.
Tesoro Companies, Inc.
The AES Corporation
The Lindgren Group
The Mosaic Company
TOHO Water Authority
Transocean Offshore Deepwater Drilling
Inc.
Unison - New Zealand
Water and Sewerage Authority of Trinidad
and Tobago
Westar Energy

## High Tech Explore this Industry

2Wire, Inc.
Adak Telephone Utility
Advanced Network Design Inc.
Airbiquity Inc.
Alliance Data Systems
Amdocs
American Barcode and RFID
Amethon Solutions
Animal Medical Hospital
APC Singapore Pte Ltd
Aquire, Inc.
Archinetics
Arcos, Inc.
ArcSight
ARRIS Group, Inc
Arrow Electronics, Inc.
Art Technology Group Incorporated
Atlasian
Avnet Technology Solutions GmbH
Belkin Components
BEWOTEC GmbH
BigMachines
Binary Group
Blackbay
BMC Software Inc.
Boston Scientific
Brightstar Corporation
Broadcom Corporation
Business Resource Group
Business.com
ByteManagers
CBCI Telecom
CDNetworks
ChipWorks
Clearwire Corporation
CNC Software Inc

fourcubed
GBH Communications
Gemcom Software International Inc.
Genesis Microchip Inc.
Gennum Corporation
Glu Mobile
Grande Communications Networks, Inc.
GTSI Corporation
Guidance Software, Inc.
Hansu Technical Service Ltd.
HeadMix Corporation
Healy & Co.
Helio
Helixis
High Jump Software
Hisoft Systems Hong Kong Ltd
Huntleigh Technology Group
IconNicholson
ID Analytics Inc.
Idearc
Inergex Inc.
Ingenuity Systems Inc.
Innovative Software Solution
Insight Enterprises, Inc.
InterFuel
InvestEdge Inc.
iRise
IT World Canada
Itron, Inc.
JD Associates
Jet Propulsion Laboratory (JPL)
Kalido
Kanbay
KeyLogic Systems, Inc.
Kyocera Wireless Corp
LCG Systems

OpenTV
Panasonic Avionics Corporation
PatchLink
Pegasus Solutions, Inc.
Perceptive Software
Pericom Semiconductor
Phoenix Technologies
Ping Identity Corporation
Plan4Demand
Plastic Logic
Platinum Solutions, Inc.
Posit Science Corporation
Power Music
PreEmptive Solutions
PreSonus Audio Electronics
Printronix
Pro-Tech Engineering
Quantum Retail
QuestAir Technologies Inc.
Questionmark Corporation
Rackable Systems
Red Door Interactive
RWD Technologies
Sabrix, Inc.
Sada Systems
Samsung Telecommunications America
SanDisk Corporation
SAS Institute Inc.
Satmetrix
Satori Consulting
Scott A. Jones, Household
Securus Technologies
Silicon Genesis-SIGEN
Silicon Image
Sofbang LLC
Starcite

Columbia Ultimate Inc.
CompuMentor
Compushare
Control Microsystems
Corematics
Covenant Technology Solutions

Craig Technologies
Creative Presentations
CVI Melles Griot
CWPS Inc.
Data Futures
DataClarity Corporation
DealerTrack Inc
Dexterra, Inc.
Digineer
Digital Control Incorporated
Dongwoo Fine-Chem
Dot Hill Systems Corp.
Duo Consulting
EasyStreet
EBV European Headquarters
Elastic Path Software
Electronic Arts
Ellie Mae Inc
EMCORE Corporation
Entriq
Ephox California, Inc.
Epic Games
Epocrates
Epson Mexico
Evolve Systems Australasia Pty Ltd.
Evox Productions
ExactTarget
Exar Corporation
Expedia, Inc.
Eze Castle Integration
Fairchild Semiconductor Corporation
Fishbowl Solutions
Foraker Design
Foundry Networks, Inc.

Leap Wireless International, Inc.
Lexken Internal
LG Electronics
LifeLock
LinQuest Corporation
Loki Systems, Inc.

LSI Logic
Macrovision
MC Service S.r.l.
McAfee
Medallion Instrumentation Systems
Merlin Information Services
Mertech Data Systems
Microsemi Corporation
Midtronics, Inc.
Mindjet Corporation
Model N
Modis, Inc.
Mozilla Corporation
MTCO
MTI
NAMCO BANDAI Games America Inc.
Netgear, Inc.
Netsuite Inc.
Newport Media, Inc
NextComputing LLC
Nimblefish
Nitronix
NoaNet
Noetix Corp.
Noor Technologies Ltd.
NORESCO
NSRI
Numerex
OakTree Enterprise Solutions, Inc.
Omnicell, Inc.
Ontario Systems LLC
Ontario Telemedicine Network
Open Text Corp.
Open-Silicon

Starkey Laboratories Inc.
SteelEye Technology
Storis Management Systems
Story Worldwide
SunGard Data Systems, Inc.
Sunquest Information Systems

Superior Essex, Inc.
Symyx Technologies Inc.
Synaptics, Incorporated
Synopsys, Inc.
Sypris Solutions, Inc.
Systems Plus Computers
Targray
Telkom SA
Teneros, Inc.
Teres Solutions
The 41st Parameter
The MathWorks, Inc.
Third Pillar Systems
Thrive Networks
Trident Microsystems, Inc.
Turin Networks
U.S. Agency for International Development
United Business Media LLC fka CMP
Technology
Unlimited Innovations
ViaSat, Inc.
Vital Images, Inc.
VMWare
VTech Communications Inc.
Web Associates
Westin Engineering
Wi-Lan
Workopolis
WOW! Internet · Cable · Phone
X-TRA Light Mfg.
Xap
Xebec Inc.
Xener Systems, Inc.
Xerox International Partners
Xilinx, Inc.

## Life Sciences   Explore this Industry

23andMe
Alexza Life Sciences Inc.
Allergan, Inc.
Altea Therapeutics
AmerisourceBergen Corporation
Anesiva, Inc.
ARCA Discovery, Inc.
ARL Bio Pharma
Astellas
Becton Dickinson and Company
Celsis, Inc.
Coeur Inc.
DFB Pharmaceuticals
Edwards LifeSciences
Exelixis, Inc.

Gen-Probe Incorporated
Graceway Pharmaceuticals, LLC
Illumina, Inc.
King Pharmaceuticals, Inc.
Market Strategies Inc
MedImmune, Inc.
Meridian Bioscience, Inc.
Methanex
Mylan Laboratories Inc.
Nektar Therapeutics
NPS Pharmaceuticals
OpGen Inc.
Oticon
Pascual Labs
Pharmaceutical Services Corporation

Pharmanet LLC
Promega Corporation
ProZyme Inc.
Rigel Pharmaceuticals
Roche Farma S.A
Sanofi-Aventis U.S. LLC
Sepracor Inc.
Sequella
St. Francis Hospital
Synovis Life Technologies
Terumo Medical Corporation
The Integra Group
Vertex Pharmaceuticals Incorporated
VIVUS Inc.

## Manufacturing   Explore this Industry

Advanced Aerofoil Technologies
Advics Manufacturing Ohio, Inc.
Affinia Group Holdings
Altivity Packaging
AMCOL International Corporation
AMCOR Limited
American Cast Iron Pipe Company
American Converters, Inc.
American Power Conversion Corporation
AMI Semiconductor, Inc.
Amstad Industries Incorporated
Applied Materials
Applus Technologies
ARINC Incorporated
Atotech USA Inc.
ATS Automation Tooling Systems Inc.
Avery Dennison Corporation
B/E Aerospace, Inc.
Barrick Gold Corporation
BCCI Construction Company
Bell Helicopter
Belzona
Bemis Associates
Bemrosebooth Ltd
Benjamin Moore & Company
BNSF Logistics
Briggs & Stratton Corporation

Firth Rixson
Florida Silica Sand Company
Flow International Corporation
Frontier Refining and Marketing
Fuida
General Dynamics ATP
General Dynamics Corporation
General Dynamics European Land Systems
General Dynamics Land Systems
GIS
GMT Corporation
Goodrich Corporation
Great Lakes Assemblies
Gulf Shore Assemblies, LLC
Gulfstream Aerospace Corporation
H. J. Baker Bro., Inc
Hanes Companies, Inc.
Harmonic Inc.
Hayes Pump
HD Supply Support Services, Inc.
Heil Environmental Industries.
Holland Co
Hollander Home Fashions Corporation
Hubbell Incorporated
Hyndman Industrial Products, Inc.
IBSDirect
IDEX Corporation

Nissan North America
Nook Industries Inc.
Noranco Inc.
Oriental Motor U.S.A. Corp
Panasonic Home Appliance of America
Panduit Corp
Pantaleon S.A
Parkinson Technologies Inc.
Pawling Corporation
Pinnacle Foods Group LLC
Plastipak Holdings Inc.
Plum Creek Marketing, Inc.
Polyone Corporation
Primex Family of Companies
QinetiQ North America, Inc.
QuickLogic
Reed Switch Developments Corp.
Remmele Enginerring
Restorative Therapies
RiteMade Paper Converters Inc.
Rogers Corporation
SABIC Innovative Plastics US LLC
SaeJong IND
Santa Cruz Bicycles
Santinelli International
Sargento Foods
Sealed Air

Calorex
Capcom USA Inc.
Carmanah Technologies Corporation
CH2M HILL INC. and Affiliates
Cinsa
Cobra Beer Ltd.

Compa
Cooper Industries
Cooper-Standard Automotive
Cray Inc.
CSAV INC.
Cummins Inc.
D. D. Williamson
Danaher Corporation
Dansr
Design Molded Plastics Inc.
Doosan Infracore International
Dorman Products
DSI Mining Americas
E-One
EFW, Inc.
En Casa
Energy Recovery Inc.
EnPro Industries Inc.
Eye Lighting International of North America Inc.
Fairchild Controls Corporation
Federal Signal Corp.
Fike Corporation
Fila Korea Co Ltd
Finelite

Incredible Technologies Inc.
Ingersoll Rand Company Limited
International Enterprises
ITT Corporation
James Hardie Building Products USA
Jeld-Wen

JLG Industries, Inc.
Kaiser Aluminum & Chemical Corporation
Kawasaki Motors Corp, U.S.A.
KLA-Tencor Corporation
Kollsman, Inc.
Komatsu America Corp.
Kyung Won Marking Co., Ltd
L3 Communications CSW
Lanoga Corporation
Lattice Semiconductor
Leggett & Platt
Lycoming Engines
MacArthur Co.
Makhteshim Agan
Martin Engineering
Massey Energy Company
Menasha Corporation
Metrac
Mitsubishi Electric Automation, Inc.
National Cooperative Refinery Association
NCRA
New Way Air Bearings
Newtex
Nielsen-Kellerman

SECIL Companhia de Cal e Cimenta S.A.
Shaklee Corporation
Siemens AG
Silgan Plastics
Skanem
SKF France

Sloan Valve Company
Subaru Canada
Sunnen
Superior Tube Company, Inc.
Teck Cominco Limited.
Terex
Tetra Laval International S.A
The Doe Run Resources Corporation
Thermage Inc.
TIGHITCO
Tindall Corporation
Torotel Products
Tower Automotive LLC
Toyota Motor Corporation Australia Ltd (VIC)
Vision Ease Lens Worldwide
Vitromex
Volkswagen of America, Inc.
VWR International
Warren Distribution
Webb Wheel Products, Inc.
Winland Electronics
Yaskawa Electric America Inc.

**Professional & Other Services** Explore this Industry

20th Century Fox
AAA Mid-Atlantic Inc
ACA Compliance Group
Accounting Management Solutions
Acresso Software
Acuity Advisors and CPAS
ADG Creative
Adolfson & Peterson Construction
Advanced Energy Corp.
Advanced MP Technology
Advanced Testing Laboratory
Advantage Human Resourcing
Advanticom, Inc.
Advo Inc.
AFNI
AFYA Inc.
AGC of California
Agricultural Research Center
Airlines Reporting Corporation
AIT Laboratories
Aldridge Electric
Alliance Healthcare Spain
Allied Waste Industries
AlliedBarton Security
Altum, Inc.
Ambassador Solutions
American Airlines, Inc.
American Healthways Services, Inc.
American Institute of Certified Public Accountants(AICPA)
Americold Logistics
AmeriPride Services Inc.
Aperian Global Inc.
Applicant Insight Ltd., Inc.
Arch Capital Services Inc.
ArcherPoint, LLC
Archway Marketing Services
Argo Translation Inc
Arion Systems
Arnold Worldwide, L.L.C.
Assurant, Inc.
AUI Contractors
AutoReturn
B&H Foto & Electronics Corp.
Back to the Bible
BC Soccer Association
BeaKen Solutions
Bell Ventures, LLC
Benchmark Management
Berkeley Analytical Associates LLC
Berkshire Property Advisors, LLC
Besler Consulting
Best Direct (International) Ltd
Better Business Bureau Northwestern Ohio & Southeastern Michigan Inc

Field Paoli
Filtration Group, Inc.
Firmex
First Communications, Inc.
FirstRain, Inc.
FK Gardner & Sons
FMA Communications, Inc.
Forum One Communications
Fractal Analytics
Free Trade Zone Corporation
Frog Design
Fusion Performance Marketing
Gallagher Fluid Seals
Galloway Lucchese Everson & Picchi
Gannett Co. Inc.
Gate Gourmet Inc.
Gaylord Entertainment Company
GES Exposition Services Inc
Getty Images
GGNSC Administrative Services LLC
Global Gaming League
Grape Tree Medical Staffing (formerly STAT Team, Inc.)
Great Canadian Gaming Corporation
Great Clips, Inc.
Great Lakes Microsystems, Inc. (GLMI)
Griffin Americas
Grill Concepts, Inc.
Grupo Celsa
GW Berkheimer
H5
Hager Unternehmensberatung GmbH
Hallmark Services Corporation
HamiltonAnderson Associates
Hanna Learning Centre
Harmon Sign
Haug Companies
Hawkeye
Head2Head, Inc.
Heuristic Systems
Hibbert International Inc.
Higher Achievement
HighPoint Solutions LLC
Hill, Barth & King LLC
Hilti Aktiengesellschaft
Hilton Hotels
HireRight
Holcim Philippines, Inc.
Horizon Food Group
Horizon Lines LLC
Housing Development Corporation
HR Advantage
Hubert Whitlock Builders
Human Rights Watch
I Love Rewards

Orange Personal Communication Services
Ortigas & Company, Limited Partnership
Ortloff
Paccess
Pacific Northwest Regional Council of Carpenters
Pankow Builders
Parietal Systems Inc.
Paris Croissant
Partners & Napier Inc.
Payce, Inc.
Paylocity
PayTech
PBK Architects, Inc
PCL Constructors Inc.
Penguin Services Group, Inc.
Penn Systems Group, Inc.
PensionTrend, Inc.
Perfection Group
Performance Strategies
Pervasive Solutions
Peterson Management Group
PharMerica Corporation
Pittsburgh Technology Council
Planned Parenthood of the Rocky Mountains
Platform Solutions Inc.
Plus Relocation
Porter Novelli Ltd.
Position Technologies Inc.
PR Newswire Association, Inc.
Pres Ganey Associates Inc.
Primary Care Partners
PrincetonOne Headquarters
Proactive Worldwide, Inc.
Process Products
Product Partners LLC
Projectline Services Inc.
PSEG Services Corporation
PSI2000
PuroSystems, Inc.
Quality Irrigation and Quality Farm
Quaxar
Quincy Newspapers
Radialpoint
RAS Companies
RaySat Broadcasting Corporation
Real Estate Arts Inc.
Real Foundations
RealDecoy
Reasons To Believe
Regal Car Sales and Credit
Restaurants On The Run
Return Path Inc.
Richelieu
Right Management

Beumer Corporation
Billeo
Billingsley Company
Birch Consulting Group/ Strategic Energy Group
Black Hills Corporation

Blackwell Consulting Services
BlueLinx
Bohler Engineering, P.C.
Bond-A-ply
Borton-Lawson
Boulder Associates, Inc
Braen Stone Industries
Brandt Engineering
BRE Properties, Inc.
BridgePoint
BRJ & Associates
Broadway Mechanical-Contractors Inc
Buccini/Pollin Group
Buchanan and Edwards
Burnham Nationwide
Burwood Group
Busan Chamber of Commerce and Industry
Buzzwire, Inc.
CAA South Central Ontario
Cable & Wireless
Cal Wadsworth Construction
Calgary Airport
California Pacific Homes
California Pizza Kitchen, Inc. (CPK)
Caliper Corporation
Cambridge Information Group
Cammeby's Management Co. LLC
Canadian Pacific Railway
Carmel Country Club
Catalina Marketing Corporation
Catalyst
CCG Venture Partners
Centro
CEO Consultancy Sdn Bhd
CEVA Logistics Headoffice BV
CHR. Hansen Inc.
Chyron Corporation
Cincinnati Thermal Spray, Inc.
Civis Information Technologies
Clear Channel Communications, Inc.
Clinical Financial Services
Closerlook Inc.
CNET
Cobbworks
Codon Devices, Inc.
Coleman Research Group
CollabNet
Columbus Equipment Company
Communities in Schools
Community Living Fort Frances
Companeo
Concessions International
Concord Hospitality Enterprises Company
Congressional Hispanic Caucus Institute
Connex Group Australia
ConSol
Contextweb
Core3 Solutions
Corefino, Inc.
Corinthia Group of Companies
Corvent, LLC
Cover-All Technologies Inc.
Cpa2biz Inc
CPG International Inc.
Creative Channel Services, LLC
Credo Reference
CRH plc
Crown Worldwide Group
CSD Architects
Cupertino Electric
Curlew Hills Memory Gardens
DAC Group
Danya International
Data Systems & Technology Inc.
DataStar
Davies Communication
DDI
DDN Pharmaceutical Logistics
Delta Dental Oklahoma
Delta Solutions
Demand Solutions Group
Denihan Hospitality Group
Dental Associates of Wisconsin

Iasta
ICE Technologies Inc.
Ideal Integrations Inc.
Identity Mine Inc.
Igloo Building Supplies Group
Ignited LLC

Image Haus
Imperial Innovations
IMRG
Independent Online Distribution Alliance
InfoPartners
InfoPro Incorporated
Infrasafe, Inc.
Initiative Media Worldwide, Inc
Inktel Direct
Innosight, LLC
Innoveer Solutions Inc.
InsideView Inc.
Intacct
Integrated Deicing Services
Integrated Trade Systems Inc.
Interactive Holdings LLC
Internet Broadcasting
Interstate Batteries
Intrust Group Inc.
Investa Properties Pty Ltd
IP Telecom Center - Saigon Postel Corp. (SPT)
IPC
IPM Inc.
IRB Services, Inc.
ISITE Design Inc.
Ixia
J.F. Hillebrand IT B.V.
Javelin Direct, Inc.
Jayman MasterBUILT Inc.
Jennings Center for Older Adults
Jewish Community Federation Of Cleveland
John Burns Construction
K. Hovnanian Enterprises, Inc.
Kalari Pty. Ltd.
Kansas State University Foundation
Kelley Blue Book
Kellogg Management Services (Europe) Ltd.
Kendle International
Kettle Foods
Keystone Foods LLC
KGIT
Kimball Property Maintenance
Kimpton Hotel & Restaurant Group Llc
Kingland Systems Corporation
Kitsap Hospitality Services LLC
Kleberg Bank
Kleinfelder
Knowledge Networks, Inc.
Kongsberg Automotive
Kraft Kennedy
KVIE
L-3 Space & Navigation
La Poste
Lancaster Landmark Hotel Company Limited
Landslide Technologies Inc.
Laser Image
Launchsquad, LLC
LCG, Inc.
Leapfrog Online
Learning.com
Lefrak Organization Inc.
Leighton Abigroup Joint Venture (AUD)
LightRiver Technologies
Lipman Hearne
Lithium Technologies Inc.
LiveOps
LJK
Loews Corporation
Lorchem Technologies
Loureiro Engineering Associates Inc.
Lowe & Partners Worldwide
MacLellan Services, Inc.
Macquarie Group Services Australia Pty Limited
Madico Inc.
Maga Design
Maharishi University of Management
Malones - Business Advisors & Accountants
Management Research Group
Mandarin Oriental Hotel Group Limited
Market Leader, Inc.
MarketAxess Corporation

Rising Medical Solutions Inc.
Risk Management Solutions, Inc
River Valley Veterinary
RockSolid
Rocky Mountain Bank
ROK Technologies

Roska Direct Advertising, Inc.
Royal Transports
RSVP Direct, Inc
Rush Auto Recyclers
S&S National Waste
Saint Paul's Baptist Church
Salt Communications
Salvo Real Estate
San Francisco School Volunteers
San Manuel Band of Mission Indians Hotel and Casino
SBS Transit - Singapore
Scholastic Inc.
Sears Trostel Lumber Co.
SEEK Limited
Sequenom, Inc.
Serck Controls Pty Limited
SERRG
ServiceMaster
Shawcor Ltd.
SHB Architects Inc.
Signal Centers
Simms International
Skaugen PetroTrans, Inc
Skilled Group / SBS Consulting
Sky Italia
Smith & Gesteland LLP
SourceForge, Inc.
Spacenet Inc
Spancrete Caribbean Ltd
SPEC Services, Inc.
SPECS Limited
Speedy Cash
Spencer Stuart Management Consultants N.V.
Spotless Services Limited ABN
Sterling Relocation Limited
SThree Management Services
Stieglitz
Store Opening Solutions
Strategic Property Associates
Strategy Institute
Stratify, Inc.
Stratos Holdings Inc
Sulzer Metco Management AG
Summa
Summer Search National
Sunesis Consulting
Sungard Vivista
Sunset Companies
Superpartners Pty Ltd
Surya Technologies Inc
Switch and Data Management, LLC
Syniverse Technologies, Inc.
TAG Holdings LLC
TBM Consulting Group Inc.
Team Detroit
Team Praxis
Tekniverse
Televerde
Terratron Inc.
Tethys Bioscience Inc.
Texas Nursery & Landscape Association
The Arbitron Company
The Armada Group Inc.
The Educe Group
The Effective Edge
The Evans Consulting Group
The Expo Group
The Girl's Day School Trust
The Irvine Company (TIC)
The Jungle Nursery Inc
The Knot, Inc.
The Linc Group
The Magellan Network (formerly Profitstreams)
The Maids International
The Net Circle
The Newberry Group
The Pike Company
The Quandel Group, Inc
The Rehmann Group
The Situs Companies

DentalPlans.com, Inc.
Designs for Health
Det Norske Veritas AS
Development Alternatives, Inc.
Diamond H
Digital Dialogue

Dominick Tringali Architects
Dostart Development Company
Dover Diesel Services, Inc.
Dow Jones & Company, Inc.
Driven IT Solutions Pty Limited
DSI Technology Solutions
DTS, Inc.
Duggan Rhodes Group
Dust Networks Inc.
DW Distribution
E & S Ring Management Corp
Eagle Consulting
Earp Distribution
East West Resorts LLC
Economic Packaging
Edaw Inc.
EDL Consulting, Ltd.
Education Management Corporation
Education Management Solutions, Inc.
Effective Learning
Egemin Automation Inc.
eHarmony
Eichstaedt & Devereaux LLP
Elektrobit Oyj
Element K Corporation
Elemica
Elevadores Schindler de Mexico
Eloqua
Emailvision
Emergency Medical Services Corporation
Employee Benefit Management Services Inc.
EMS Inc
Energy Central
ePrize, LLC
ePromos Promotional Products
ESW Partners
Everon Technology Services
Evs S A
Exemplary Performance
Exponential Interactive Inc.
Express Courier
Express Oil Change & Service Center
Fairplex
Families First, Inc.
FCCServices, Inc.
Federated Media
FedEx Custom Critical
Fellowship of Catholic University Students
Ferro Corporation

Marriott International
MasterGraphics
McGlinchey Stafford
McKinstry Company
Media Management Tech Inc.
Medidata Solutions, Inc.

Medstar Health
Mendonca & Suarez LLC
Menzies Aviation
Meredith Corporation
Meridian Associates
Meridian Title Company
MI Media Services
MicroMass Communications
Mimeo.com
MindBody Online
Minter Ellison Services Pty Ltd. (AUD)
Miron Enterprises
Mohawk Industries
Monster Worldwide Inc.
Motricity Inc
MSI Systems Integrators
Mt. Zion Baptist Church
Mural Ventures
Muro Group
Murton Roofing div. TectaAmerica Inc.
NanoGram
Napa Management Services
National Association of Colleges and
Employers
National Exchange Carrier Association
National Hospice
National Retail Properties (NNN)
National Truck Protection
Natural Organized Woman Sorority
Incorporated (NowWear)
Nemont Telephone Cooperative
Nervogrid
Nestle Business Services SA
NetJets
NetNitco Wireless Broadband
Network Chicago
Network of International Christian Schools
(NICS)
Nexus 8
NFL Players Association
Nicola Tribal Association
NightRays
Noblis Inc.
Norfolk Southern Corporation
Northeast Indiana Innovation Center
nVISIA
NXLevel Solutions
Ogilvy Brasil
Omaha World-Herald Company
OnBoard LLC
OnPoint Consulting, Inc.
Optimal Solutions Group LLC

The Taubman Company
The Ultra Group of Companies
The Virginian-Pilot
theladders.com
Thermal Corporation
Thome Ship Management Pte Ltd.

Thomson Learning
Thoughtcorp
TietoEnator Oyj
TPG Growth
Tragon
Training and Development Systems
Trans World Entertainment
Travelport (formerly Cendant TDS)
Trico Marine
TriNet HR
Trion
Triple 4 Advertising Ltd.
True Partners Consulting, LLC
Tucker Freight Management Services
U.S. Foodservice Inc.
U4EA Technologies Inc
Union Pacific Corporation
United States Cellular Corporation
Universal McCann
Unterberg & Associates P.C.
Ursa Navigation Solutions, Inc.
USEC, Inc.
UTStarcom, Inc.
Vail Resorts
VanParys Micacchi Shippey & Warnick LLP
Vantage Point
Vector Aerospace Corporation
Velocity Group Inc.
Velocys, Inc.
Veolia Proprete
Verified Credentials
Veritas Analytics
VerticalResponse Inc.
Victory International Group
Viking Electric Supply
VistaPrint
W.H. Leary Co., Inc.
Washington Convention and Tourism
Wataniya Telecom
Wedgwood Baptist Church
Weissberg Corporation
Westaff
Whirlpool Corporation
White Lodging Services Corp.
Wholesale Carrier Services
Winson Press Pte Ltd
Woodruff-Sawyer
Wray and Associates (AUD)
WTS Inc.
Wunderman Denmark

## Government and Higher Education  Explore this Industry

Adams County Housing Authority
American Chemical Society
AnimationMentor
ASM International
Atlanta Development Agency
Austin Energy
Bates College
Big Brothers Big Sisters of Allegan, Berry,
Calhoun, Kalemazoo & Van Buren County
Citrus County Clerk of the Circuit Court
City of Arlington
City of Dawson Creek
City of Garland
City of Kamloops
City of Powell River
City of Prince George
City of Rosemead
City of Sugar Land
City of Surprise
City of Takoma Park
City University of Seattle
Clermont County Board of MRDD
Corinthian Colleges, Inc.
Coro Center for Civic Leadership
Country Club of Detroit
County of Sacramento
Ekurhuleni Metropolitan Municipality
Electric Reliability Council of Texas

Evolving Technologies
Greater Houston Convention and Visitors
Bureau
Hand & Microsurgery Associates, Inc.
Kamehameha Schools
Kaplan, Inc.
Kirksville Housing Authority
Lake Forest Graduate School of
Management
Learning Sciences International
Lehigh University
Loyola Marymount University
Massachusetts Port Authority
Medical Council of Canada
Mesa County Library
Montgomery County Maryland
National Federation Ind Bus
National Productivity Institute
National ScienceTeachers Association
New Zealand Fire Service
Noble Environmental Power
Northern Maine Development Commission
NSTA
Office of Financial Management State of
Washington
Pennsylvania Higher Education Assistance
Agency
Port of Oakland

Scranton Public Library
South Florida Water Management District
State of New Jersey Schools Development
Authority
Stewart Agency
Stupski Foundation
Swinburne University of Technology
The Audit Office of New South Wales (AUD)
The National Council of Teachers of English
(NCTE)
The Texas A&M University System
Tourism Australia
Town of Parry Sound
TransCen Inc
U.S. Bankruptcy Court (Rhode Island)
United States Agency for International
Development
United States Bankruptcy Court
United States Bankruptcy Court (Dallas)
Universal Technical Institute Inc.
University of Denver
USC, Career & Protective Services
USC, Facilities Department
USC, Marshall School of Business
Victorian Electoral Commission
Village of Schaumburg
Villanova University Dining Services
VMCOTT

(ERCOT)
Emfuleni Local Municipality
Emirate of Abu Dhabi - Department of Civil Services
Environmental Defense

Queensland Audit Office
Red Deer County
Roosevelt University
SANDAG
Savannah College of Art & Design
Scott County

Washington State Department of Community Trade and Economical Development
Washington State Health Care Authority
Western States Chiropractic College
Westonaria Local Municipality

Woodridge Parks Department

## Financial Services  Explore this Industry

| | | |
|---|---|---|
| 1st Franklin Financial Corp. | First Interstate BancSystem | Orion Bank |
| 1st Source Corporation | First Market Bank | Pacific Crest |
| ABI Financial | First Niagara Financial Group, Inc. | PAi |
| Accredited Investors | First Reliance bank | Paragon Federal Credit Union |
| Affinity Federal Credit Union | First Trade Union Bank | PartnersInWealth, Inc. |
| AIOI Insurance Company of America | First United Bank of Park River | Physicians Mutual Insurance Company |
| Alan Biller and Associates | First Western Trust Bank | PICA Group |
| ALaS Consulting LLC | Fisher Investments | Plainsview Credit Union |
| Alliance Collection Agencies, Inc. | Gerber Financial Advisors LLC | PMI Group, Inc. |
| Alliant Credit Union | Glynn Capital Management | Principle One Limited |
| Allianz Global Corporate & Specialty AG | GNW-Evergreen Insurance Services, LLC | Progressive Home Warranty Solution Inc. |
| Allianz SE | Greenfield Savings Bank | PyraMax Bank |
| American Safety Insurance | Greylock Federal Credit Union | QBE Insurance Group Ltd |
| Amplify Federal Credit Union | Greystone Managed Investments Inc. | Questrade |
| Anchorage Advisors | Grove Capital US Services, LLC | Ramco-Gershenson Properties Trust |
| Armanino McKenna LLP | GrowthWorks Capital Ltd. | Raymond James Financial, Inc |
| Aspen Holdings Inc. | Guaranty Bank | Reich & Tang Asset Management |
| AXA Rosenberg | Guardian Edge | RenaissanceRe Services Ltd. |
| Bangor Savings Bank | Guidant Financial Group | Residential Credit Solutions |
| Bank-Fund Staff Federal Credit Union | Hamilton Sundstrand Federal Credit Union | Riverside Company |
| Bankers Trust | Hawaii National Bank | Robert W Baird |
| BankPlus | Health Evolution Management Co. LLC | Roskilde Bank |
| Banque Cantonale Vaudoise (BCV) - (Euro) | HealthNow New York Inc. | Rurban Financial |
| Beard Miller Company LLP | Heartland Financial | Ryan and Company |
| Berkley Life Sciences, LLC | Hock & Company | Sahuri Hutchinson Brzezinski Architects Inc |
| BI Holding | HomeTrust Bank | Salin Bank & Trust Company |
| Boston Advisors | Honda Canada Finance Inc. | San Francisco Federal Credit Union |
| Bradford Bank | Illiana Credit Union | Schultze Asset Management, LLC |
| Butterfield Bank Cayman Islands | ING Americas Inc | Security Bank Corporation |
| Cambridge Savings Bank | Intelliquote | Security State Bank of Kenyon |
| CapitalSource, Inc. | Irwin Commercial Finance | Service 1st Federal Credit Union |
| Carver Bancorp, Inc. | Irwin Union Bank and Trust | Shorebank Corporation |
| CashEdge Inc. | Jackson Hewitt Inc. | Soave Enterprises, LLC |
| Cedar Hill Capital | James Greene and Associates | Societe Generale |
| Center for Elders Independence | JitneyTrade | Sompo Japan Insurance Company of America (SJA) |
| Charles River Ventures | Julius Baer Investment Management LLC | Sonsio |
| Check 'n Go | Kamylon Capital | South Carolina Federal Credit Union |
| Chicago Board of Trade | Keenan & Associates | Sovereign Bancorp, Inc. |
| Chicago Mercantile Exchange, Inc. | Kingsport Press Credit Union | Sterling National Corporation |
| CIT Group | Knight Capital Group, Inc., | StonehamBank |
| Citadel Federal Credit Union | Larson Gross, p.l.l.c. | Sws Group Inc |
| Citizens Bank | Leerink Swann | Symetra |
| Citizens Property Insurance Corporation | LIIF (Low Income Investment Fund) | Synovus |
| Claims Management Resources | Lincoln National Corporation | TakeCare Insurance Co. Inc. |
| Co-operative Insurance Companies | Lincoln Savings Bank | Taylor Bean & Whitaker Mortgage Corporation |
| CoBank | Lloyds | Teacher's Credit Union |
| Cogent Partners | LP Capital Advisors | Texans Credit Union |
| College Foundation, Inc. | Lundstrom Insurance | The Bank of N.T.Butterfield & Son Limited |
| Compass Holdings LLC | MacCorkle Insurance Service | The Beacon Insurance Company Ltd. |
| Computershare | Machias Savings Bank | The Bonadio Group |
| Corporate Benefit Strategies, Inc. | Madrona Venture Group LLC | The Cambridge Group |
| Country Bank | Magyar Savings Bank | The Golub Group |
| Credit Union One | Malin, Bergquist & Company, LLP | The Horton Group |
| Crestview | Manulife Financial | The Ryan Agency |
| Cryo Bank | Marquette Bank | The SEEP Network |
| D'Souza And Associates Inc | Mathews International Capital Management LLC | The Shidler Group |
| DHJJ | MBI Solutions | TravisWolff |
| DiGiovine, Hnilo, Jordan & Johnson | MCF Corporation | TrustCore |
| dms Organization Ltd. | Medibank Private Limited | Turrentine Brokerage |
| Dubai International Capital | Metavante Corporation | Union Square Advisors LLC |
| Dynex Capital | Mission Federal Credit Union | University Federal Credit Union |
| DZ Bank AG | Missouri Consolidated Health Care Plan | Utica National Insurance Group |
| ELCA Board of Pensions | Missouri Employers Mutual | Vancouver Bullion & Currency Exchange |
| Elevations Credit Union | Montpelier Technical Resources Ltd. | Vector Capital |
| EM&I | Mosaic Financial Partners Inc. | Vermeulens |
| Ennis Knupp & Associates | National Bank & Trust Company | Wachovia |
| Entaire Global Companies | National Insurance Co. | Walker Industries |
| Equifax Inc. | New York Life Insurance Company | Waveland |
| Equisearch Services Inc. | NewTower Trust Company | WB Financial |
| Esurance Inc. | NGM Insurance Company | WBI Investments |
| Fannie Mae | Niagara's Choice Federal Credit Union | Wedgwood Insurance Limited |
| Farm Credit Financial Partners | North Shore Bank | Westfield Bank |
| Farmers & Merchants Bank & Trust | NuUnion Credit Union | Westfield Group Services |
| Federal Home Loan Bank of Atlanta | O Bee Credit Union | Williams Financial Group |
| Finance Fund | Odyssey Financial Technologies S.A. | WSFS Bank |
| Fireside Bank | OneAmerica | |
| First American Corporation HQ | OppenheimerFunds | |

**Non-Profit**

| | | |
|---|---|---|
| Abyssinian Development Corp | General Medical Council | Planned Parenthood |
| Aileron | Goodwill Industries Of San Antonio | Robin Hood Foundation |
| American Association of Motor Vehicle | Goodwill of San Francisco | Rodel Foundation of Delaware |
| Administrators (AAMVA) | Gordon and Betty Moore Foundation | Susan G. Komen for the Cure |
| | | |
| American Diabetes Association | IAVI | Tearfund |
| Anti-Defamation League | Innovative Schools Development | The Ayn Rand Institute |
| Better Business Bureau - Columbus Ohio | Corporation | The Diocese of Metuchen |
| Big Brothers/Big Sisters of Metro Atlanta | Internet Society | The William and Flora Hewlett Foundation |
| Blood Center of Wisconsin | Kiva Microfunds | TransitCenter Inc. |
| Camp Fire USA First Texas Council | NACHA-The Electronic Payments Association | United Way of Berks County |
| Catalyst Connection | National Community ReInvestment Coalition | Urban League of Greater Cincinnati |
| Child Care Resource Center, Inc. | (NCRC) | US Field Hockey |
| Child Family Center | National Multiple Sclerosis Society | YMCA of Greater Grand Rapids |
| Community Catalyst | Navpress | YouthWorks |
| Contour Housing Group | NISH | |
| | Partnership for Prevention | |

SFSF Investors    Events      Privacy

SHARE THIS PAGE



Contact Us or Call 1 800 - 809 - 9920

© 2010 SuccessFactors, Inc. All rights reserved.
Execution is the Difference™

Global Offices    Site Map

# EXHIBIT C

**SuccessFactors**
Business Execution Software

Log in   Contact   Support   Language

| Solutions | Technology | Customers | About | Resources |

Search

Company Overview
Leadership
Board of Directors
Request a Meeting
Global Offices
Careers
Partners
News
Press Releases
Analyst Recognition
Investor Relations

**NEXT STEPS**

 Request a Meeting

 Application Suite Video

 Attend an Event/Webinar

SuccessFactors Press Releases
 Subscribe to the Press Releases RSS feed.
View All Press Releases >

# SuccessFactors to Acquire CubeTree

SAN MATEO, Calif. and REDWOOD CITY, Calif., May 3, 2010 /PRNewswire via COMTEX/ --Today SuccessFactors, Inc. (Nasdaq: SFSF) announced a definitive agreement to acquire CubeTree, Inc. a visionary leader in the rapidly growing social business software category. SuccessFactors is acquiring the company for $20 million in SuccessFactors stock at closing plus a contingent cash payment three years from closing to bring the value of the total consideration to $50 million. There is no contingent cash payment if the value of the stock issued exceeds $50 million at any point during the three year period and to the extent the holders have disposed or hedged their holdings. The contingent consideration will be recorded at fair value and marked-to-market each quarter through the statement of operations.

"Unlocking Workforce Productivity --- CubeTree is a key to unlocking this potential. Every CEO is interested in releasing the biggest leverage point in all organizations which exists between the functional groups . . . not being in the functional groups," said SuccessFactors CEO Lars Dalgaard. "CubeTree makes those connections happen and creates a sticky, daily use, digital work pad that is relevant and fun for any type of work issue across the organization. CubeTree is key to accelerating SuccessFactors' BizX opportunity and expand our leadership. Putting the best Enterprise Social Software product, on our most secure, and most scalable and deployed Enterprise Cloud platform will be irresistible to organizations wanting to tap into Social Software. We believe this is everyone. With CubeTree's powerful social business platform, you get something that's never happened in enterprise software --- a platform that can literally change the way the world works. We'll start by introducing it immediately to our 8 million deployed seats."

The acquisition will strengthen SuccessFactors' core Business Execution Software strategy and directly align with its mission of helping companies get work done every day. It is central to the Business Alignment product category within the Business Execution Software suite.

SuccessFactors is the world's most widely deployed cloud business software. It is used by more than 8 million deployed seats, 3,000 companies and just about everyone in a company. CubeTree makes social business software that integrates communication, content sharing and collaboration within a single platform to create massive efficiencies in everyday work. By combining CubeTree's innovation with SuccessFactors' ubiquitous Business Execution platform, SuccessFactors is putting social software to work to accelerate business execution for all companies.

"Social software is redefining the way people communicate and share ideas. CubeTree's focus has always been to improve employee execution by combining social networking with tools built for enterprises," said Carlin Wiegner, CEO and Co-Founder of CubeTree. "We now have an incredible opportunity to integrate CubeTree's collaboration features with SuccessFactors' core applications and to engage millions of SuccessFactors users at thousands of companies with enterprise-wide social networks."

CubeTree solves a critical challenge in business execution: how individuals and teams communicate, share ideas and come together across organizational silos and geographies to get work done. CubeTree provides a secure, integrated social business solution that gives companies:

- **Instant communication, collaboration and sharing:** Everyone in a company can within minutes create rich profiles and begin engaging with everyone in their organization to get work done, find co-workers who can help, and share insights as they happen.
- **Rich Employee Profiles** that provide deep insights into skills, talents, interests and expertise.
- **Powerful Team Execution** through workspacesthat enable groups to immediately gather around a project, collaborate, share documents and get work done.
- **Executive Dashboards** that provide rich insights into the pulse of how a company is executing everyday.

All of these features are delivered in an enterprise class, secure environment, giving companies multiple levels of data encryption and privacy controls to ensure that sensitive corporate data and communications are secure and protected.

The acquisition is expected to close in Q3 2010, subject to customary closing conditions. The contingent payment is subject to holding period and other conditions.

For more information please visit http://www.successfactors.com/cubetree/.

About CubeTree

CubeTree is an award-winning social business platform that enables employees to connect, communicate and collaborate efficiently and securely. CubeTree is designed for enterprises ranging from start-ups to Global 500 companies. Founded in 2008, CubeTree is a private company funded and is headquartered in Redwood City, Calif. For more information, please visit http://www.cubetree.com/.

About SuccessFactors, Inc.

SuccessFactors is the global leader in Business Execution Software. The SuccessFactors Business Execution Suite improves business alignment and people performance to drive breakthrough results for companies of all sizes, anywhere in the world. More than 8 million users and 3,000 companies leverage SuccessFactors every day. To learn more, visit: http://www.successfactors.com/.

Execution Is The Difference(TM)

Follow us: http://twitter.com/SuccessFactors

Like us: http://facebook.com/SuccessFactors

Safe harbor" statement under the Private Securities Litigation Reform Act of 1995:

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. These forward-looking statements are SuccessFactors' current expectations and beliefs.

These forward-looking statements include statements about benefits of the proposed acquisition and product integration and performance. Factors that could cause actual results to differ materially from those contemplated by these forward-looking statements include: risks relating to the integration of the products, technology and operations of CubeTree with SuccessFactors, the fact that the business execution market is at an early stage of development and may not develop as rapidly as we anticipate; competitive factors; our ability to develop, and market acceptance of new services; our ability to continue to sell our services outside the US area; the impact of unforeseen expenses or difficulties in development and marketing the combined products; and general

the HR area, the impact of unforeseen expenses or difficulties in development and marketing the combined products, and general economic conditions worldwide. If any such risks or uncertainties materialize or if any of the assumptions proves incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make.

Further information on these and other factors that could affect our financial results is included in the section entitled "Risk Factors" in our Annual Report on Form 10-K and in our most recent report on Form 10-Q and in other filings we make with the Securities and Exchange Commission from time to time.

These documents are or will be available in the SEC Filings section of the Investor Relations section of our website at www.successfactors.com/investor. Information on our website is not part of this release.

CONTACT:
Dominic Paschel
SuccessFactors, Inc.
Global Public & Investor Relations
415-262-4641
dpaschel@successfactors.com

SOURCE SuccessFactors, Inc.

| SFSF Investors | Events | Privacy | SHARE THIS PAGE  | Contact Us or Call 1 800 · 809 · 9920 | © 2010 SuccessFactors, Inc. All rights reserved. |
|---|---|---|---|---|---|
| Global Offices | Site Map | | | | Execution is the Difference™ |

# EXHIBIT D



Solutions for: Healthcare Professional Services Financial Services Manufacturing Education Public Sector Hospitality

HALOGEN eAppraisal

Employee performance appraisals in a fraction of the time with professional quality results
Find out more »

Tour
FREE TRIAL

HALOGEN e360 Multirater
HALOGEN eLearning Manager
HALOGEN eSuccession
HALOGEN eCompensation
HALOGEN Job Description Builder
HALOGEN eRecruitment

# Performance & Talent Management Made Easy

**Be Brilliant**

Thousands of HR professionals are using Halogen to take charge of their organization's talent management practices – with brilliant results.

Align your workforce, improve productivity, reduce costs and develop human capital as a competitive advantage. It's never been easier.

**Be Confident**

- Why Halogen
- Money Back Guarantee
- Blog
- Video Testimonials
- Customers

**Be Strategic**

- White Papers
- Case Studies
- Webinars
- HR Strategy
- HR Forms

## Simple, Powerful, Affordable and Highly Recommended

News Headlines: November 5, 2010 — Halogen Closes Third Quarter with Sustained, Outstanding

**No.1 in Customer Satisfaction**

Halogen named a leader in customer satisfaction for the second consecutive year »

**Version 10 is Here!**

Delivering best in class user experience and industry's first Job Description Builder. »

USER EXPERIENCE MATTERS!

**Recognized Market Leader**

Positioned in Leaders Quadrant of Gartner Report »

© 2010 Halogen Software Inc. | Legal | Privacy | Sitemap

LiveChat | Toll free 1-866-566-7778

Share Bookmark RSS | Subscribe

# EXHIBIT E



Home > News Events

### News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

# Milwaukee Center for Independence Switches to Halogen for Employee Performance and Talent Management

**Selects Healthcare-Specific Solution that provides improved control, flexibility**

**OTTAWA, ON – June 30, 2008** – The Milwaukee Center for Independence (MCFI) has selected Halogen eAppraisal™ Healthcare to meet the growing non-profit agency's employee performance and talent management requirements. MCFI is a nonprofit agency assisting children, adults and families with special needs to better live and work in the community, and currently serves more than 10,000 people each year. The organization has switched from a competing Web-based employee performance management system to Halogen to better meet its focus on strategy and goal alignment organization-wide.

MCFI recently became affiliated with another non-profit agency, resulting in an expanded scope of services and the need to support a wider array of positions across multiple locations. Additionally, the organization is now accredited by the Joint Commission, which requires healthcare providers to accurately measure their clinical and operational performance. MCFI's HR team is working to implement an approach where client service departments are more involved in overall strategic planning and goal setting.

"We previously used a Web-based system from SuccessFactors but we moved to Halogen because we require greater flexibility and control over our processes," explained Greg Bachrach, Director of Human Resources, Milwaukee Center for Independence. "We are driven by best practices, and the Halogen system will enable us to meet our specific needs as a healthcare organization, as we will be able to easily manage the system and make adjustments to meet our changing requirements. Having the means to ensure we are delivering top notch patient care, while meeting our Joint Commission requirements is a top priority."

MCFI will be rolling out the new Halogen system to all of its employees, at all locations. Nearly 40% of MCFI's employees are unionized, making the need to demonstrate consistent and fair employee performance appraisals particularly important to the organization. "In conjunction with the union, we've put a pay-for-performance system in place to create a culture where high performers are recognized and rewarded. We see the Halogen system as an important piece of being able to continue to build strong relationships with our unionized workers and ensuring as an organization we are fair and equitable when it comes to our employees. Ultimately, we want to be able to make the talent management process valuable for everyone involved while supporting our strategic plans," added Bachrach.

Award-winning Halogen eAppraisal™ Healthcare is also exclusively endorsed by the American Hospital Association and is already delivering impressive results in nearly 500 healthcare facilities across North America.

## About Halogen Software

A recognized industry leader with over 1000 customers worldwide, Halogen Software makes powerful, simple-to-use and affordable employee performance and talent management applications. The company offers a complete suite of web-based products that automate, simplify and integrate employee performance reviews, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services, and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more

innovation, including HR Technology Product of the Year. For more
information, visit http://www.halogensoftware.com.

**Media contact:**

Maggie Patterson
PR Consultant, Halogen Software
T: 613-989-1866
E: mpatterson@ripnet.com

© 2010 Halogen Software Inc.  |  Legal  |  Privacy  |  Sitemap

LiveChat  |  Toll free 1-866-566-7778

Share  |  Bookmark  |  RSS  |  Subscribe

# EXHIBIT F



Home > News Events

# Halogen Announces Record Year
## Company Solidifies Leadership Position, Secures Strategic Wins Over Competition

OTTAWA, ON – February 12, 2008 – Halogen Software Inc., a leading provider of web-based employee performance and **talent management** software, today announced that 2007 marked another record year in sales with 60 percent year-over-year growth. The fourth quarter of 2007, included record revenue with the company closing nearly 200 deals. Halogen's proven ability to deliver an offering that provides enterprise-level functionality to organizations of all sizes, as well as a unique "On-Choice" deployment model has established Halogen as the solution of choice.

The employee performance and talent management market is growing rapidly, with a recent market study from Bersin & Associates valuing the talent management market at an estimated $2.8 Billion in 2008. Halogen's growth continues to outpace even the rapid growth of this market segment due to the company's focus on highly powerful, flexible and affordable employee performance and talent management applications. The company continues to build on its momentum in the industry securing its leadership position by winning nearly 200 deals and 200,000 seats in 2007 in competitive opportunities over its largest competitor, SuccessFactors.

**Staying Informed with Halogen**
One of Halogen's newest customers, comScore, Inc., with nearly 900 clients, is a global leader in measuring the digital world. comScore analysts apply a deep industry knowledge to help clients design powerful strategies for their online marketing programs. To maximize this human capital expertise, the organization recognizes the need for an enterprise-level employee performance and talent management solution.

"With a geographically dispersed workforce, a paper-based process was cumbersome. We looked for an online system that would enable our employees to complete their appraisals wherever they are and make sure the process is consistent across all locations," said Glenn Krauser, Sr. Vice President of Human Capital with comScore. "In the end, Halogen gave us the functionality we need and enables us to maintain the same process and forms our employees are familiar with. As we introduce changes to the forms or process, we will depend on the Halogen system to implement them."

The addition of industry-specific solutions for **financial services** and **professional services** to Halogen's product family, as well as Halogen's long-standing and successful **healthcare solution**, contributed to the company's growth this past year. Customers in these verticals rose by over 60 percent year-over-year.

**Delivering Enterprise-class Functionality**
Located in Jacksonville, Florida, EverBank®, with over 1500 employees, is consistently recognized by the industry for its quality products and services. The key to EverBank's award-winning performance is its commitment to creating a high-performance workforce. EverBank recently selected Halogen eAppraisal to optimize its employee **performance management**.

"We were looking to make the move from a manual process to an automated streamlined system," said Kristina Herod, Compensation Manager with EverBank. "Our focus was on introducing enterprise-class functionality to the process to include enhanced goal setting and management and review tracking. The Halogen offering provides all the flexibility and functionality we need, while enabling HR to stay in control of the process and to make changes without the assistance of IT or the vendor."

**About Halogen Software**
A recognized industry leader with over 1000 customers worldwide, Halogen Software makes powerful, simple-to-use and affordable employee performance and talent management applications. The

company offers a complete suite of web-based products that automate, simplify and integrate employee performance reviews, 360 degree reviews, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services, and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year.

**Media contact:**
Maggie Patterson
PR Consultant, Halogen Software
T: 613-989-1866
E: mpatterson@ripnet.com

© 2010 Halogen Software Inc. | Legal | Privacy | Sitemap

LiveChat | Toll free 1-866-566-7778

Share | Bookmark | RSS | Subscribe

# EXHIBIT G

Welcome to Halogen Software | Strategic Talent Management

Search [          ] Go ▷     | 🔧 Support | ✉ Contact Us

Why Halogen    Products    Services    Customers    News & Events    Resources    About Us

News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

Home > News and Events

# Halogen Software Delivers Strong Year-Over-Year Results in Q4 and Closes 2009 with Continued Growth

**Talent management leader wraps up 2009 with industry accolades, product and market growth, strong annual recurring revenue, and top customer satisfaction ranking.**

**OTTAWA – February 5, 2010** – Halogen Software Inc., a leading provider of on-line talent management software today announced the company has closed the fourth quarter of 2009 with a 41 percent increase in year-over-year annual recurring revenue (ARR). Halogen achieved impressive year-over-year growth through a combination of high customer satisfaction, a world-class customer experience and impressive new customer wins.

Some of the recent customers that joined Halogen during the fourth quarter of 2009 include: C.W. Driver, ConMed Corporation, Cross, Fernandez and Riley, Elizabeth Glaser Pediatric AIDS Foundation, Fairbanks Hospital, Hawkeye Foodservice Distribution, Instron Corporation, Markel Insurance, MD Physician Services, Neace Lukens Holding Company, Security Mutual Life Insurance Company of New York, World Education Services, and World Wildlife Fund.

"Effective talent management is a hallmark of organizations that have achieved long-term success. In strategically implementing Halogen's solution we look to further our position as a leader in our industry," said Lindsay Buonomano, Human Resources Manager with Harco Labs. "Halogen has provided the support we need to help achieve our talent management goals every step of the way. They are dedicated to our success and it shows."

Halogen continued to gain ground despite the year's difficult economic conditions. The company significantly increased the number of new clients switching over from other vendors.

"After completing our talent management implementation with SuccessFactors in 2009, we discovered Halogen and made the decision to switch," said Shelly Williams, VP of HR at RedVision Systems. "In addition to a personal approach to implementation, Halogen offered an extensive list of easy-to-use features that we have found invaluable. We've been very pleased with our switch to Halogen Software."

The fourth quarter of 2009 capped off a year for Halogen that featured:

- Being positioned by Gartner, Inc. in the leaders quadrant in the Magic Quadrant for 'Employee Performance Management Software';
- Being named the top talent management solution provider for total customer satisfaction in Bersin & Associates latest report "Talent Management Systems Customer Satisfaction 2010: A Comprehensive Study of Customer Experience with Talent Management Systems".
- Receiving a Top Training Product of the Year award from Human Resource Executive Magazine for the company's breakthrough performance based learning system – eLearning Manager;
- Delivering its next generation Talent Profile feature, lauded as industry-leading;
- Bringing to market the industry's first consolidated real-time "status update" feed of all talent management activity with its Activity Tracker feature;
- Introducing the industry's first and only talent management suite designed specifically for the manufacturing sector;
- Introducing the Halogen Customer Forms Exchange

Free Trial

Chat Live with a Sales Agent  Start Chat

Book Live Demo

Community, the first of its kind for user driven HR content;

- Announcing the Talent Management industry's first ever "Certain to Succeed" money back guarantee; and
- Being named to the top 50 small and medium employers in Canada in a recent Hewitt/Queens study.

In addition to adding new best-in-class offerings, Halogen continues to achieve success by sticking with core winning principles of exceptional customer service, a world-class product and solid business execution. The organization-wide focus has resulted in a healthy financial position to take advantage of growth opportunities and to support new product innovation in the future.

## About Halogen Software

Halogen Software is recognized as a market leader by industry analysts and is strongly endorsed by the thousands of HR professionals who use their Talent Management solutions. The company offers a complete suite of web-based products that automate, simplify and integrate performance appraisals, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services. Halogen was named a leader in Gartner's Magic Quadrant for Employee Performance Management Software in 2009 and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more information, visit www.halogensoftware.com.

## Media contact:

Maggie Patterson
PR Consultant, Halogen Software
T: 613-989-1866
E: mpatterson@ripnet.com

© 2010 Halogen Software Inc.  |  Legal  |  Privacy  |  Sitemap     LiveChat |   Toll free 1-866-566-7778     Share  |  Bookmark  |  RSS |   Subscribe

# EXHIBIT H

Welcome to Halogen Software | Strategic Talent Management

Search [          ] Go | Support | Contact Us

Why Halogen   Products   Services   Customers   News & Events   Resources   About Us

Home > News and Events

## News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

# Halogen Software Kicks Off 2010 with Strongest First Quarter on Record

**Talent Management leader closes record setting Q1 for revenue and new customers**

OTTAWA – May 05, 2010 – Halogen Software Inc., a leading provider of on-line talent management software today announced it has closed its best ever first quarter, breaking preceding Q1 records in both revenue and new customer wins. Halogen achieved its best ever first quarter revenue, a total that includes a 100% increase in new annual recurring revenue over Q1 2009. This strong growth is built on a foundation of record new customer wins, an increase of 80% over the same quarter in 2009.

Among the many new customers that joined Halogen in the first quarter are leading mid-market organizations from healthcare, manufacturing, professional services, financial services, education and public sector institutions including: Atlas Pipeline Mid-Continent, Bernard Robinson & Company, BJC Health System, CommonHealth, CSRS, Earl Industries, Hollingsworth Logistics Group, Ktunaxa Nation, L-3 Fuzing & Ordinance System, Mammoth Hospital, OCCI, Oncology Nursing Society, Rust Consulting, SDC Technologies, and The William and Flora Hewlett Foundation.

"We are confident that our adoption of Halogen's talent management solutions will positively impact our business," said Barb Wolstoncroft, VP of Support Services with 1st Choice Savings & Credit Union. "Since the beginning, working with Halogen has been a first-class experience. The team's certain to succeed approach to getting us up and running shows they are dedicated to our organization's success."

This level of service, support and commitment to providing the best possible customer experience is one of the reasons for Halogen's superior growth against other talent management vendors. A world class customer experience is also the promise of Halogen's 5th annual User Conference this September, which recently opened for early registration and customer speaking submissions. Halogen customers in the northeastern US also established the company's new Healthcare User Group this quarter, providing an opportunity for peers in the industry to meet, discuss and exchange innovative uses for Halogen's talent management solutions.

In March, Halogen was recognized as a 2010 Learning Leader in the "Vendor Innovation" category by Bersin & Associates, a leading research and advisory services firm in learning and talent management. Halogen's eLearning Manager solution was lauded for its tight integration of learning with key talent management functions.

"We appreciate the value of bringing together learning and performance management," said Veronica Morgan-McHenry, Director of Partner Alliances & Professional Development with Intelligent Decisions. "Halogen eLearning Manager will enable us to achieve this integration. It enables us to use one system to link and track employee performance and learning, providing our executives with greater insight into important metrics."

## About Halogen Software

Halogen Software is recognized as a market leader by industry analysts and is strongly endorsed by the thousands of HR professionals who use their talent management solutions. The company offers a complete suite of web-based products that automate, simplify and integrate performance appraisals, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, financial services, professional services, manufacturing and education specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services. Halogen was named a leader in Gartner's Magic Quadrant for employee performance




a leader in Gartner's Magic Quadrant for employee performance management software in 2009 and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more information, visit www.halogensoftware.com.

**Media contacts:**

Maggie Patterson
PR Consultant, Halogen Software
T: 613–989–1866
E: mpatterson@ripnet.com

© 2010 Halogen Software Inc. | Legal | Privacy | Sitemap

LiveChat | Toll free 1-866-566-7778        Share | Bookmark | RSS | Subscribe

# EXHIBIT I

Welcome to Halogen Software | Strategic Talent Management

Search [            ] Go ▷ | 🔧 Support | ✉ Contact Us

Why Halogen    Products    Services    Customers    News & Events    Resources    About Us

Home > News and Events

## News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

# Halogen Software's 2010 Record Setting Growth Continues with Best Ever First–Half Revenue Numbers

### Strong Increases in Annual Recurring Revenue and New Customer Wins Continue to Bolster Talent Management Vendor's Leadership Position



**OTTAWA – August 04, 2010** – Halogen Software Inc., a leading provider of online talent management solutions today announced the close of the company's second quarter 2010, resulting in a record first–half of the fiscal year with best ever annual recurring revenue (ARR) – a 42% increase year–over–year. Halogen's accelerated growth in ARR is considerably ahead of the growth rate of other established HCM vendors.

Revenue and customer growth have come in tandem with increasing win rates over major competitors, and an enhanced and expanded talent management offering. In the second quarter Halogen announced Version 10 of its suite, which will include a number of major enhancements including a new user experience, the company's latest product module — Job Description Builder, and a new vertical solution for the public sector.

Among the many new customers that joined Halogen in the second quarter of 2010 are leading mid–market organizations from healthcare, manufacturing, professional services, financial services, education and public sector markets. These sectors are target verticals for the company which has built market share by providing industry–specific solutions to address the unique talent management needs of these key markets. Just a few of Halogen's new customers included: 24/7 Real Media, Acadian Asset Management, Bader Martin, Blitz Media, Eastern Municipal Water District, Federal Home Loan Bank, Government Services Integrated Process Team, Harbar, IGPS Company, Jenco, MAKO Surgical Corporation, Nexgen Pharma and Palo Verde Health Care District.

"Halogen stood out among the solutions we evaluated as a robust, user–friendly and easily implemented solution," said Kathy Vinson, Director of Human Resources with the Space Foundation. "Our implementation consultant was a pleasure to work with, and our implementation process —one month from contract signing to "go live" — was exceptional. Halogen enables us to provide consistent performance management efforts across our organization. Comprehensive and thoughtful performance management is key to team member retention and satisfaction, and Halogen's solution supports this culture."

As the economy continues to recover, companies looking for effective ways to retain employees are increasingly considering how to leverage the best tools to support this goal. These business drivers have fueled Halogen's continued growth. The company's award–winning products and a commitment to exceptional customer service have consistently positioned Halogen as a leader in the talent management space — with solutions that help make a positive difference in the lives of millions of employees every day.

"We know that while all employees benefit from having an effective talent management program, newer employees just entering the workforce expect employers to be focused on development, coaching and other key areas," said Christina Semaniuk, Vice–President of Human Resources with Cambrian Credit Union "Halogen provides us with a powerful, convenient and cost effective way to manage performance evaluations, develop critical talent, and ensure employee goals are aligned with those of the organization."

To help drive further adoption of talent management in support of its customers' business objectives, Halogen announced a major update to its award–winning Talent Management Suite with the upcoming release of Version 10. This new release provides a significant transformation to Halogen's suite, including a new user interface that delivers best–in–class product usability and learnability. Version 10 also includes Job Description Builder, the industry's first and only solution to include job

● Free Trial

Chat Live with a Sales Agent    Start Chat

Book Live Demo

descriptions as part of the performance management workflow. In addition, the company announced a new talent management suite that makes it easy and affordable for public sector organizations to align their workforces and drive a culture of high performance, ongoing development and commitment to quality service.

## About Halogen Software

Halogen Software is recognized as a market leader by industry analysts and is strongly endorsed by the thousands of HR professionals who use their Talent Management solutions. The company offers a complete suite of web-based products that automate, simplify and integrate performance appraisals, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, education, manufacturing, public sector, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services, and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more information, visit www.halogensoftware.com.

## Media contacts:

Maggie Patterson
PR Consultant, Halogen Software
T: 613–989–1866
E: mpatterson@ripnet.com

© 2010 Halogen Software Inc.  |  Legal  |  Privacy  |  Sitemap        LiveChat  |  Toll free 1-866-566-7778        Share  |  Bookmark  |  RSS  |  Subscribe

# EXHIBIT J



Why Halogen    Products    Services    Customers    News & Events    Resources    About Us

Home > News and Events

## News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

# Talent Management Makeover: Version 10 of Halogen's Suite – More Than Just a Pretty Face

**Latest Version of Award Winning Talent Management Suite Delivers Best in Class Usability, Learnability and Enhanced Features**







**Ottawa, ON – June 24, 2010** – Halogen Software today announced a major update to its award winning Talent Management Suite with the release of Version 10. This new release provides a significant transformation to Halogen's suite, including a new user interface (UI) that delivers best in class product usability and learnability. Much more than a simple makeover, the new UI builds on Halogen's established reputation for extremely usable solutions. Version 10 of the suite also includes hundreds of new feature enhancements as well as the release of Job Description Builder™, a new module for job description creation and management.

"HCM software faces a unique challenge in that it is used by every employee in the organization," said James Holincheck, Managing Vice President, Gartner. "Usability and point of need training can make a critical difference in the successful implementation of talent management and other HCM software."

To ensure a successful rollout and adoption, software of this scale must be easy to learn for everyone enterprise-wide. This reality formed the critical focus of Halogen's design process for the enhanced user experience. Rounds of rigorous usability testing, involving both customers and non-users of the software were undertaken – from the earliest prototypes through many iterations of the software – to shape the final product. As a result of this extensive effort, Halogen has taken the user experience to a whole new level, while maintaining a simple and powerful interface that incorporates contextual personalization.

The usability goal for Halogen's Talent Management Suite Version 10 was to enhance the user experience and achieve a significantly better than industry average rating for ease of use: greater than the 80th percentile. With this goal met, the suite now provides:

- **Learnability:** The new UI is designed to ensure discoverability and self-learning, with strategic use of color, strictly meaningful icons, and consistent use of conventions. It leverages proven intuitive approaches from consumer social networks to help drive adoption.

- **Personalization:** Users can now easily customize their workspace, selecting the type and amount of information that is most relevant to them.

- **Efficiency:** The new UI further reduces managers' workloads by streamlining key tasks, and delivering the right information at the right time.

"We have a wide variety of users within our organization, which made ease of use a priority for us when originally selecting our talent management solution," said Toni Brown, HR Business Analyst, Texas Parks and Wildlife. "We were confident when we picked Halogen's suite that it was the most user friendly and flexible offering on the market, and this has made the return rate on annual evaluations soar. Having been involved in the testing of this version, we are excited to see how Version 10 makes that user experience even better."

Halogen Talent Management Suite Version 10 also introduces a new capability to create and manage job descriptions. Halogen's new Job Description Builder leverages the same robust workflow engine that underlies Halogen eAppraisal™, allowing HR to control the process of creating and maintaining job descriptions, while enabling line managers to contribute content, and ensuring employee signoffs take place. Halogen's is the first and only solution on the market to seamlessly link job responsibilities to performance management, so that any updates to a job description automatically flow through to the associated performance appraisal.

"Halogen has a reputation for customer satisfaction and ease of use, so transforming our user experience was not something that we took lightly," said Paul Loucks, President and CEO, Halogen Software. "Going through this process, it was critical that we delivered major usability improvements and value to our customers, not just a face lift or incorporating the latest software fad. After extensive testing with customers and independent third parties, and extremely positive industry analyst feedback, we are confident that Halogen Talent Management Suite Version 10 is the industry's most usable and learnable talent management solution."

### Visit Halogen at SHRM

Halogen will be demonstrating Version 10 of its Talent Management Suite at the Annual SHRM Conference and Exhibition in Booth #1439.

### Availability

Halogen Talent Management Suite Version 10 will be generally available in August 2010.

### About Halogen Software

Halogen Software is recognized as a market leader by industry analysts and is strongly endorsed by the thousands of HR professionals who use their Talent Management solutions. The company offers a complete suite of web-based products that automate, simplify and integrate performance appraisals, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, education, manufacturing, public sector, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services, and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more information, visit www.halogensoftware.com.

### Media contacts:

Maggie Patterson
PR Consultant, Halogen Software
T: 613-989-1866
E: mpatterson@ripnet.com

 

# EXHIBIT K



Welcome to Halogen Software | Strategic Talent Management

Search [                    ] Go ▷ | 🔍 Support | ✉ Contact Us

Why Halogen    Products    Services    Customers    News & Events    Resources    About Us

Home > News and Events

### News & Events

Latest News

Press Archives

Media Coverage

Webinars

User Conference

Press Room

# Halogen Announces General Availability of Talent Management Suite Version 10

**Award−winning solution delivers a best in class User Experience and Talent Management industry's first Job Description Builder offering**



Free Trial

Chat Live with a Sales Agent — Start Chat

Book Live Demo

**Ottawa, ON – September 16, 2010 –** Opening its 5th Annual User Conference today, Halogen Software has announced general availability of Talent Management Suite™ Version 10, the latest edition of the company's award−winning product line. Version 10 from Halogen includes a complete transformation of the suite's user interface, delivering a learnable and personalized experience for millions of users. This version includes hundreds of new feature enhancements as well as the company's latest talent management module – Job Description Builder™ – the first solution to make job descriptions a fully integrated part of the performance and talent management process.

Talent management software is one of few business applications used by every employee in an organization. As a result, usability is a critical factor in helping ensure implementation success and companywide adoption. Using proven techniques from consumer and social networking approaches, Halogen users have the power to customize their workspace to meet their needs, and stay efficient, reducing their workload by streamlining key tasks and accessing the right information at the right time.

"We were confident when we picked Halogen's suite that it was the most user friendly and flexible offering on the market, and this has made the return rate on annual evaluations soar. Having been involved in the testing of this version, we are excited to see how Version 10 makes that user experience even better," said Toni Brown, HR Business Analyst, Texas Parks and Wildlife.

Released with Version 10, Halogen's new Job Description Builder module leverages the same robust workflow engine that underlies the Halogen eAppraisal™ module. This enables HR to control the process of creating and maintaining job descriptions, while enabling line managers to contribute content, and ensuring employee signoffs take place. Halogen's is the first and only solution on the market to seamlessly link job responsibilities to performance management, so that any updates to a job description automatically flow through to the associated performance appraisal.

"Having up−to−date job descriptions enables us to make certain that employees are meeting competency and performance expectations, which in our case is critical in supporting Joint Commission requirements," said Teri Manning, Director of Nursing Office Operations with Thomas Jefferson University Hospital. "Halogen Job Description Builder will help us both improve the process of creating and managing job descriptions, and ensure employees are aware of job responsibilities by automating review and sign off. We will be able to save valuable time in managing this as part of our talent management processes, and in demonstrating Joint Commission compliance."

"Halogen's success is built on its ease of use for everyone in the organization from front line employees to executives," explained Paul Loucks, President and CEO, Halogen Software. "With Version 10, the user experience and new Job Description Builder module deliver value to our customers and help drive real performance results. We are confident that we continue to offer the industry's most simple, powerful and affordable talent management solution."

### Availability

Halogen Talent Management Suite Version 10 is now available.

### About Halogen Software

Halogen Software is recognized as a market leader by industry analysts

and is strongly endorsed by the thousands of HR professionals who use their Talent Management solutions. The company offers a complete suite of web-based products that automate, simplify and integrate performance appraisals, 360 degree feedback, compensation management, succession planning and learning management. Halogen's offering makes HR best-practices accessible to companies of all sizes and its healthcare, education, manufacturing, public sector, financial services and professional services specific suites meet the unique needs of these industries. Halogen is consistently recognized by the industry and its customers for its exceptional implementation and support services, and has won multiple awards for its corporate leadership and product innovation, including HR Technology Product of the Year. For more information, visit www.halogensoftware.com.

**Media contacts:**

Maggie Patterson
PR Consultant, Halogen Software
T: 613-989-1866
E: mpatterson@ripnet.com

# EXHIBIT L

http://webcache.googleusercontent.com/search?q=cache:XzOVu0_QdIkJ:www.halogensoftware.com/news-events/user-conference/conference-agenda....

This is Google's cache of http://www.halogensoftware.com/news-events/user-conference/conference-agenda.php. It is a snapshot of the page as it appeared on Sep 26, 2010 06:19:34 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **dawn mackay halogen**                                      Text-only version

Welcome to Halogen Software | Strategic Talent Management                🔍 Search [          ] Go ▶  | 🔑 Support | ✉ Contact Us

Why **Halogen**     Products     Services     Customers     News & Events     Resources     About Us

Home > News and Events > User Conference > Agenda

## News & Events

Latest News
Press Archives
Media Coverage
Webinars
**User Conference**
  **Agenda**
  Pre-Conference Workshop
  Post-Conference Training
  Register
  Travel & Accommodations
  Call for Speakers
  Keynote Speakers
  Bright Light Awards
  Highlights from 2009
  Press Room

*It was a tremendous value and I left enlightened not only about what is on the horizon in terms of the technology, but also about how to maximize **Halogen** now for my organization. When I can see a great culture in front of me, it makes me respect the products that much more.*

Kimberlie Reinhardt, PHR
Hannover Life Re.

# Conference Agenda

📄 Printable Agenda
September 15, 2010

- Time
- Session
-

- 8:30am – 5:00pm
  Workshop: Succession Planning Boot Camp
  *Dr. William J. Rothwell, CEO, Rothwell & Associates* [ Bio ]
  **(This workshop is pre-approved for HRCI Credit)**

- 7:00pm – 9:00pm
  Registration, Welcome Reception and Meet the Experts

-
-
-

September 16, 2010

- Time
- Session
-

- All Day
  Meet the Experts

- 7:30am – 8:30am
  Breakfast & Registration

- 8:30am – 9:15am
  Welcome
  *Paul Loucks, President and CEO, **Halogen** Software* [ Bio ]
-

**Register Now** ▶

### Keynote Speakers


- Day 1: The New Consumer of Work
  Libby Sartain


- Day 2: How Talent Management Turns HR Pros into HR Leaders
  Steve Roesler


- Day 2: The 5 Faces of HR Pros in Social Media
  Kris Dunn

### Featured Speakers



9:15am – 10:15am

Morning Keynote: The New Consumer of Work
*Libby Sartain, SPHR, HR Advisor/Author* [ Bio ]
**(This session is pre-approved for HRCI Credit)**

 Travel and Accommodations

Explore Ottawa — its unique history, culture and vibe — while staying at the beautiful Westin Hotel.

Find out more »

10:15am – 10:45am

Break

10:45am – 11:30am

**Halogen** Version 10 New User Experience: Not Just a Pretty Face
*Jennifer Page, Training Consultant,* **Halogen** [ Bio ]
*Shawna McKnight, Implementation Consultant,* **Halogen** [ Bio ]

11:30am – 12:45pm

Lunch Break

12:45pm – 1:30pm

Surround Sound: Why Multirater Feedback is Music to Your Ears
*Christopher Cowan, Director of HR Service Delivery, Christiana Care Health Systems*
*Janice McNulty, Implementation Consultant,* **Halogen** [ Bio ]

Driving Adoption: Best Practices for Training Your End Users
*Catharine Veenstra, Training Consultant,* **Halogen** [ Bio ]

Reporting for the C–Suite: Leveraging Your Data for Metrics that Matter
*Sussane Bond, Director, Professional Services,* **Halogen** [ Bio ]

1:30pm – 2:00pm

Break

2:00pm – 2:45pm

The Payoff of Automating Compensation Management
*Jill Hoffman, SPHR, Manager HRIS, Church Pension Group*
*Marty Killeen, Implementation Consultant,* **Halogen** [ Bio ]

Doing More with Less – How Else Can We Help You Succeed
*Sussane Bond, Director, Professional Services,* **Halogen** [ Bio ]

Plan to Succeed: Building a Strategic Talent Management Plan
*Tim Mulligan, JD, CHRO, San Diego Zoological Society*
*Sean Conrad, Senior Product Analyst,* **Halogen** [ Bio ]

2:45pm – 3:30pm

- Forms Exchange – Healthcare
  *Shawna McKnight, Implementation Consultant,* **Halogen** [ Bio ]

- Forms Exchange – Professional Services
  *Janice McNulty, Implementation Consultant,* **Halogen** [ Bio ]

- Forms Exchange – General
  *Tyler Schulz, Implementation Consultant,* **Halogen** [ Bio ]

- 3:30pm – 4:30pm
- The Ultimate Workshop in Competency Assessment
  *Donna Wright, RN, MS, Consultant, Creative Health Care Management* [ Bio ]
  **(This session is pre-approved for HRCI Credit)**

- 5:30pm – 6:15pm
- Buses Depart for Customer Appreciation Dinner

- 6:00pm – 10:30pm
- Customer Appreciation Dinner and Bright Light Awards Ceremony

September 17, 2010

- Time
- Session

- All Day
- Meet the Experts

- 7:30am – 8:30am
- Breakfast

- 8:30am – 9:30am
- Morning Keynote: How Talent Management Turns HR Pros into HR Leaders
  *Steve Roesler, President, Roesler Consulting Group* [ Bio ]
  **(This session is pre-approved for HRCI Credit)**

- 9:30am – 10:15am
- The Road Ahead: Where We're Driving Talent Management
  **Dawn MacKay**, *Director Product Management,* **Halogen** [ Bio ]

- 10:15am – 10:45am
- Break

3

- 10:45am – 11:45am
- Making the Grade: Performance Based Learning
  *Wanda Ladd, PHR, Director of Human Resources, Bank of Oak Ridge*
  *Sheryl Dagang, PhD, Manager Learning & Development, EMQ FamiliesFirst*
  *Tyler Schulz, Implementation Consultant, **Halogen*** [ Bio ]

- .
- Who Does What? Understanding Roles & Responsibilities in the **Halogen** Suite
  *Jennifer Page, Training Consultant, **Halogen*** [ Bio ]

- .
- Optimizing Your Insight with Talent Profiles
  *Catharine Veenstra, Training Consultant, **Halogen*** [ Bio ]

- 11:45am – 1:00pm
- Lunch

- 1:00pm – 2:00pm
- Talent Pools or Talent Puddles: Building Bench Strength to Win at Succession
  *Bernie Lietz, Chief Operating Officer, Corbett, Duncan & Hubly*
  *Geoff Bailey, Training Consultant, **Halogen*** [ Bio ]

- .
- Kicking Things Off with Job Descriptions in V10
  *Brandi Johnson, Compensation Specialist, Sanford Health*
  *Jennifer Morin, Product Manager, **Halogen*** [ Bio ]

- .
- Global Deployment Strategies
  *Chrissie Shea, Sr. HR Manager, Elizabeth Glaser Pediatric Aids Foundation*
  *Claudio Limacher, Consultant, Humatica*
  *Martina Ryan, Manager of Customer Care, **Halogen*** [ Bio ]
- .

- 2:00pm – 2:45pm
- Closing Keynote: The 5 Faces of HR Pros in Social Media
  *Kris Dunn, VP of People, Daxko; Blogger at HR Capitalist and Fistful of Talent* [ Bio ]

- 2:45pm – 3:00pm
- Closing Remarks
  *Paul Loucks, President & CEO, **Halogen*** [ Bio ]

- .
- .
- .

September 18 and 19, 2010

- Time

4

- Session
- 

- 8:30am – 5:00pm
- Post–Conference Training Sessions

- 
- 
-

# EXHIBIT M

Welcome to Halogen Software | Strategic Talent Management

Search [＿＿＿＿＿＿＿] Go ▸ | Support | Contact Us

Why Halogen    Products    Services    Customers    News & Events    Resources    About Us

Home > News and Events > User Conference > Highlights 2010

## Fifth Annual Halogen User Conference Delivers on Be Brilliant Promise

### News & Events

Latest News

Press Archives

Media Coverage

Webinars

**User Conference**

  Highlights from 2010

  Highlights from 2009

Press Room

We'd like to thank the hundreds of customers who joined us in Ottawa in September. There were many elements that helped make our fifth annual user conference a resounding success.

The conference featured inspiring keynotes and workshops delivered by 5 thought leaders in human resources – Dr. William Rothwell, Libby Sartain, Donna Wright, Steve Roesler and Kris Dunn.

HALOGEN USER CONFERENCE | 2010
Talent Management: From Strategy to Execution

Customers from Bank of Oak Ridge; Christiana Care; Church Pension Group; Corbett, Duncan, Hubley; Elizabeth Glaser Pediatric AIDS Foundation; EMQ FamiliesFirst; Humatica; and the San Diego Zoo shared their Halogen success stories as part of 15 breakout sessions.



Version 10 of the Halogen Talent Management Suite was a hot topic. Main stage sessions introduced the new user experience transformation as well as Halogen Job Description Builder module. And customers were busy test driving this latest release at each of the "Meet the Experts" stations throughout the conference.

The customer appreciation dinner was a conference highlight for many reasons – from the hilarious improv team, to Bright Lights Award ceremony, to the very special video production which began that evening.

Douglas County School District was the recipient of the Bright Bottom Line award for saving the district and its taxpayers $10,000 per appraisal cycle, and leveraging the flexibility of their Halogen solution to create a payroll audit system.



Elizabeth Glaser Pediatric AIDS Foundation received the Dazzling Implementation award in recognition of the organization's global deployment: from headquarters in Washington, DC across Africa, which unified many remote field offices, and is driving performance management consistency.



CarVal Investors received the 2010 award for Brilliant Corporate Culture for its success with aligning individual and departmental goals with corporate goals, an effort that has unified their employees, managers and executives across the globe.

All who attended the dinner also got to participate in something very special. Following the awards ceremony, Halogen customers and staff had fun for a good cause. They participated in videotaping a flash mob dance to raise awareness and funds for World Education, Inc., an organization dedicated to improving the lives of the poor through education, and economic and social development programs.



The video is currently in production, so stay tuned for updates from Halogen when it's ready for viewing and sharing!

For now, you can see some of the conference highlights in our photo gallery – and see many more photos on Flickr.

**We look forward to seeing you at the 6th Annual Conference in 2011!**

### Conference Photos

      



© 2010 Halogen Software Inc.  |  Legal  |  Privacy  |  Sitemap

LiveChat  |  Toll free 1-866-566-7778

Share  |  Bookmark  |  RSS  |  Subscribe
For more photos, visit flickr!

# EXHIBIT N

# Dawn MacKay, Director of Product Management, Halogen

Dawn MacKay is Halogen's Director of Product Management. Dawn joined Halogen in 2005 and oversees all product management functions for the Talent Management Suite. Many of you have worked with Dawn and her team on our customer advisory boards, providing valuable feedback and input into direction on new products. A seasoned product management professional with 25 years experience in the software industry, Dawn is also a founding member of the HR-XML Consortium's EPM working Group and holds a Bachelor of Commerce from McGill University.