1   PATRICK E. PREMO (CSB No. 184915)
    ppremo@fenwick.com
2   LIWEN A. MAH (CSB No. 239033)
    lmah@fenwick.com
3   SEBASTIAN E. KAPLAN (CSB No. 248206)
    skaplan@fenwick.com
4   GUINEVERE L. JOBSON (CSB NO. 251907)
    gjobson@fenwick.com
5   FENWICK & WEST LLP
    Silicon Valley Center
6   801 California Street
    Mountain View, CA  94041
7   Telephone:   (650) 988-8500
    Facsimile:    (650) 938-5200
8
    Attorneys for Plaintiff
9   SUCCESSFACTORS, INC.

10  CLAUDE M. STERN (CSB. No. 96737)
    claudestern@quinnemanuel.com
11  EVETTE PENNYPACKER (CSB No. 203515)
    evettepennypacker@quinnemanuel.com
12  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    555 Twin Dolphin Dr., 5th Floor
13  Redwood Shores, California 94065
    Telephone:   (650) 801-5000
14  Facsimile:    (650) 801-5100

15  Attorneys for Defendant
    HALOGEN SOFTWARE, INC.

16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20

21  SUCCESSFACTORS, INC., a Delaware          Case No. 10-05471-SBA
    corporation,
22                                            **STIPULATED ORDER FOR
                    Plaintiff,                PROVISIONAL RELIEF AND
23                                            COMMENCEMENT OF DISCOVERY**
    v.
24                                            Courtroom:   1, 4th Floor
    HALOGEN SOFTWARE, INC., a Canadian        Judge:       Honorable Saundra Brown
25  corporation, and DOES 1 through 5, inclusive.            Armstrong

26                  Defendants.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## **STIPULATION**

WHEREAS, Plaintiff SuccessFactors, Inc. ("SuccessFactors") has alleged in its Complaint that Defendant Halogen Software, Inc. ("Halogen") procured, via a company purporting to be the Magnus Group, certain information (the "Procured Information," defined below) from and about SuccessFactors and materials (the "Procured Files," defined below);

WHEREAS, nothing in this Stipulation or any related Order (i) is in any way intended to or shall be construed to prevent vigorous competition in the marketplace between SuccessFactors and Halogen, and (ii) is intended to be or shall be construed to be an admission by either party on the merits of the claims or the scope of the ultimate remedies to which either party hereto may be entitled;

WHEREAS, on December 6, 2010, SuccessFactors filed motions seeking provisional injunctive relief to prevent Halogen from conducting any activities by or through the Magnus Group and from using any of the Procured Information or Procured Files;

WHEREAS, the parties agree that during the pendency of this litigation, Halogen will not conduct any activities by or through the Magnus Group or any Magnus Group denominated website or use any of the Procured Information or Procured Files;

WHEREAS, the **Procured Information** is defined as information relating to SuccessFactors obtained or created by any person using the Magnus Group or any associated Magnus Group denominated website, including but not limited to the information described in the attached **Exhibit A**, which includes without limitation any part, compilation, summary, or reproduction thereof;

WHEREAS, the **Procured Files** are defined as documents, including without limitation any part, compilation, summary, or reproduction thereof, obtained by any person using the Magnus Group or any associated Magnus Group denominated website, including but not limited to the documents described in the attached **Exhibit B**;

WHEREAS, the Magnus Group website had (until it was taken down on or about December 1, 2010) the domain name www.magnus-group.com;

WHEREAS, in light of this stipulation, SuccessFactors will withdraw its Motion for

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Temporary Restraining Order [Docket No. 10] and Motion for Expedited Discovery [Docket

2   No. 8];

3        NOW, THEREFORE, Halogen and SuccessFactors STIPULATE AND AGREE that

4   during the pendency of the trial of this action, or until otherwise ordered by this Court, that

5   Halogen—and its officers, agents, servants, and employees, and all persons acting under, in

6   concert with or for them, or anyone who receives actual notice of this Order, whether or not in the

7   United States—are hereby prohibited pending the trial of this action from doing or attempting to

8   do, the following:

9        a.      Disclose, publish, reproduce, use or communicate for any purpose other than this

10  case the Procured Information and/or Procured Files, in whole or in part, including but not limited

11  to conducting such activities in connection with the planning, design, development, promotion,

12  marketing, offer for sale, distribution, or support of human resource management products.

13       b.      Disclose, publish, reproduce, use or communicate any nonpublic SuccessFactors

14  information procured directly or indirectly, by providing false or misleading identifying

15  information, such as through use of an alias name or website, including but not limited to

16  conducting such activities in connection with the planning, design, development, promotion,

17  marketing, offer for sale, distribution, or support of human resources management products.

18       c.      Interfere with or disrupt any prospective economic relations SuccessFactors has with

19  any prospective customers through any use of the Procured Information, Procured Files, and/or the

20  Magnus Group alias or website.

21       d.      Provide false or fictitious identifying information to SuccessFactors in an effort to

22  obtain SuccessFactors non-public information.

23       e.      Attempt to, or engage in, contact with SuccessFactors, including but not limited to

24  SuccessFactors' computers or Web meetings, by providing false, fictitious or fraudulent identifying

25  information.

26       f.      Affirmatively seek to obtain, directly or indirectly, confidential or proprietary

27  information from SuccessFactors.

28

g.      Market, sell, or support any products and services that were planned, designed, or developed in whole or in part based on Halogen's use of the Procured Information or Procured Files.

Defendant Halogen, and its agents, servants, and employees, and all persons acting under, in concert with or for them, or anyone who receives actual notice of this Order are further ordered, pending the trial of this action, to sequester, and thereafter deliver to their counsel of record for both parties in this action, any Procured Information and any Procured Files, emails, memorandum, analysis, notes, presentations, sales materials or other documents referencing or incorporating the same within Halogen's possession, custody or control.  For purposes of this paragraph, "sequester" means that Halogen shall not retain custody, control or possession of any such Procured Information or Procured Files.

In addition, Halogen agrees to provide the following:

On or before December 13, 2010 by email, Halogen's Chief Financial Officer and Halogen's retained forensics consultant will provide sworn declarations to SuccessFactors' counsel of record describing all steps taken by Halogen to identify and sequester the Procured Information and Procured Files.  The retained consultant shall maintain a record of all persons, machines, data storage devices, and document locations that have been the subject of its and Halogen's efforts to sequester and preserve documents. On or before December 13, 2010, Halogen shall identify and provide by email to SuccessFactors counsel of record a list of Halogen custodians in possession of the Procured Information and Procured Files along with a list of records obtained from each custodian.

This Stipulated Order shall remain in full force and effect unless and until a further order of this Court issues dissolving or modifying the same.  Halogen agrees to cooperate and assist in any manner necessary to ensure that this Stipulated Order is fully recognized and, if required, enforced by any court, tribunal, regulatory or administrative body having jurisdiction in Canada.  Nothing in this Order shall preclude Plaintiff from seeking broader or alternative provisional relief in the event it discovers evidence to support such relief.  Defendant shall deliver by mail or email a copy of this Stipulated Order to its officers, agents, servants, employees, successors and assigns within

1    five (5) business days from the date of this Order.

2                              **DISCOVERY**

3        1.      Pursuant to Federal Rule of Civil Procedure 26(d)(1), the parties may commence

4    discovery.  SuccessFactors' discovery accompanying its Motion for Expedited Discovery shall be

5    deemed served on Halogen as of December 6, 2010.

6        2.      SuccessFactors' Motion for Temporary Restraining Order [Docket No. 10] and

7    Motion for Expedited Discovery [Docket No. 8] are withdrawn upon entry of this Stipulated

8    Order.

9

10   Dated:  December 9, 2010                 FENWICK & WEST LLP

11                                            By:  _____ /s/ Patrick E. Premo _____
                                                   PATRICK E. PREMO
12                                                 Attorneys for Plaintiff SuccessFactors, Inc.

13

14   Dated:  December 9, 2010                 QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
15

16                                            By:  _____ /s/ Evette Pennypacker _____
17                                                 EVETTE PENNYPACKER
                                                   Attorneys for Defendant
18                                                 Halogen Software, Inc.

19

20                          **ATTORNEY ATTESTATION**

21        Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

22   document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within

23   this e -filed document.

24

25                                                 /S/ Patrick E. Premo _____
                                                   Patrick E. Premo
26

27

28

STIP. ORDER FOR PROVISIONAL RELIEF &          - 4 -                    CASE NO. 10-05471-SBA
COMMENCEMENT OF DISCOVERY

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

      **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal,

3

regulatory or administrative body having jurisdiction in Canada, to give effect to this Order and to

4

assist Halogen and SuccessFactors and their respective agents in carrying out the terms of this

5

Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully

6

requested to make such orders and to provide such assistance to Halogen and SuccessFactors as

7

may be necessary or desirable to give effect to this Order, to grant representative status to their

8

counsel, as officers of this Court, in any foreign proceeding, or to assist them and their respective

9

agents in carrying out the terms of this Order.

10

11

12

Dated:  December 10 2010

                     *Saundra B Armstrong*

13

                      SAUNDRA BROWN ARMSTRONG
                        United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**PROCURED INFORMATION**

1.      Information relating to product features, limitations, interface, ease of use, and expediency, obtained during the August 19, 2010 SuccessFactors Web Meeting and live demonstration for the Magnus Group.  In particular, the meeting covered details, explanations, and displays of SuccessFactors' tools for the following:

       (a)      Performance Management for appraising employees

       (b)      Talent Management and Recruiting

       (c)      Goal Management for aligning goals of individual employees to the overall organizational mission

       (d)      360-Degree Reviews

       (e)      Compensation Management

       (f)      Career and Development Planning Module

       (g)      Calibration for ensuring consistent rating and compensation of employees

       (h)      Stack Ranker for comparing employee competencies

2.      Information relating to product features, limitations, interface, ease of use, and expediency, obtained during the August 27, 2010 SuccessFactors Web Meeting and live demonstration for the Magnus Group.  In particular, the meeting covered details, explanations, and displays of SuccessFactors' new CubeTree functionality, an online collaboration suite that enables employees to connect, communicate and collaborate efficiently and securely.

3.      Information relating to product features, limitations, interface, ease of use, pricing, and expediency, obtained during the August 31, 2010 SuccessFactors Web Meeting for the Magnus Group. In particular, the meeting included detailed discussion of tools offered only by SuccessFactors.

4.      Pricing information relating to SuccessFactors' newly announced CubeTree collaboration system and related professional services.

5.      Pricing information relating to SuccessFactors tools and professional services for Calibration, Succession Management, Compensation Management, 360 Degree Reviews, Career

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

and Development Planning, Recruiting Management, Spanish Language Pack, Stack Ranker, Goal Management, Employee Profile, and Performance Management, as well as related professional services.

6.      Pricing and other information relating to SuccessFactors training, including information about training delivery methods, types of courses and targeted audiences, implementation systems, and average lengths of time to implement modules.

7.      Information relating to SuccessFactors solutions provided by SuccessFactors employee Scott Larkins to the Magnus Group or Halogen, including but not limited to the following topics:

- Performance Manager and Total Goal Management Implementation Approach & Scope
- Career and Development Planning Implementation Approach & Scope
- 360/Multi-Rater Implementation Approach & Scope
- Succession Planning / Talent Management Implementation Approach & Scope
- SuccessFactors Language Pack language enablement and support
- SuccessFactors BizX Insights regarding SuccessFactors' Business Execution Software strategy

8.      Information relating to SuccessFactors' sales or marketing strategies, including but not limited to information relating to sales demonstrations and the customization or pricing of products and services for customers.

9.      Information relating to the design, user interface, integration, or usability of SuccessFactors solutions, including without limitation information relating to SuccessFactors' design, maintenance, customization, or delivery of its products and services.

10.      Information relating to configuration or implementation of SuccessFactors solutions, including scopes of implementation project timelines, and roles and responsibilities of the implementation teams.

11.      Information relating to SuccessFactors product roadmaps or planned features.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys At Law
Mountain View

**EXHIBIT B**

**PROCURED FILES**

1.      Emails, inclusive of any attachments, from SuccessFactors to the Magnus Group, including but not limited to emails sent to "Anna Rodriguez" or any "@magnus-group.com" or "@halogensoftware.com" email address.

2.      Meeting invitations, inclusive of any attachments, from SuccessFactors to the Magnus Group, including but not limited to meeting invitations sent to "Anna Rodriguez" or any "@magnus-group.com" or "@halogensoftware.com" email address.

3.      Pricing proposals obtained by the Magnus Group or Halogen from SuccessFactors.

4.      Recordings, notes, or other documents relating to SuccessFactors Web meetings or telephone meetings held for the Magnus Group, including but not limited to meetings on August 19, August 27, and August 31, 2010.

5.      Presentations that the Magnus Group or Halogen obtained from SuccessFactors;

6.      Documents entitled or described as:

- Performance Manager and Total Goal Management Implementation Approach & Scope
- Career and Development Planning Implementation Approach & Scope
- 360/Multi-Rater Implementation Approach & Scope
- Succession Planning / Talent Management Implementation Approach & Scope
- SuccessFactors Language Pack language enablement and support
- SuccessFactors BizX Insights regarding SuccessFactors' Business Execution Software strategy

7.      Documents relating to any Procured Information, including but not limited to any recorded notes, summaries, compilations, or analyses of any Procured Information.