1   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
2   LIWEN MAH (CSB NO. 239033)
    lmah@fenwick.com
3   SEBASTIAN KAPLAN (CSB NO. 248206)
    skaplan@fenwick.com
4   GUINEVERE L. JOBSON (CSB NO. 251907)
    gjobson@fenwick.com
5   FENWICK & WEST LLP
    Silicon Valley Center
6   801 California Street
    Mountain View, California  94041
7   Telephone: (650) 988-8500
    Facsimile:  (650) 938-5200
8
    Attorneys for Plaintiff
9   SUCCESSFACTORS, INC.

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15   SUCCESSFACTORS, INC.,                   Case No. 10-05471-SBA (BZ)

16              Plaintiff,                    **STIPULATION FOR FILING OF AMENDED
                                              COMPLAINT AND EXTENSION OF TIME FOR
17        v.                                  DEFENDANT HALOGEN SOFTWARE INC.
                                              TO ANSWER OR OTHERWISE RESPOND TO
18   HALOGEN SOFTWARE, INC., a Canadian       AMENDED COMPLAINT**
     corporation; and DOES 1-5, inclusive,
19                                            Dept:      Courtroom 1, 4th Floor
                Defendants.                   Judge:     Hon. Saundra Brown
20                                                       Armstrong

21          IT IS HEREBY STIPULATED by and between Plaintiff SuccessFactors, Inc.

22   ("SuccessFactors") and Defendant Halogen Software Inc. ("Halogen") through their respective

23   attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached

24   hereto as Exhibit A.

25          IT IS FURTHER STIPULATED that the Amended Complaint shall be deemed served as

26   of the time it is filed.

27          IT IS FURTHER STIPULATED that in light of the Amended Complaint, Defendant's

28   pending motion to dismiss (Docket No. 27, set for hearing at 1:00 P.M. on April 5, 2011) is hereby

1   withdrawn and should be taken off calendar.

2         IT IS FURTHER STIPULATED that pursuant to Rule 15(a)(3), which requires a court

3   order to extend the time to respond to an amended pleading, Halogen shall have until April 8,

4   2011 to answer or otherwise respond to the Amended Complaint.

5   Dated: March 18, 2011                    FENWICK & WEST LLP

6

7                                            By:  */s/ Patrick E. Premo*
                                                  Patrick E. Premo
8
                                             Attorneys for Plaintiff
9                                            SUCCESSFACTORS, INC.

10  Dated:  March 18, 2011                   QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
11

12

13                                           By:  */s/ Evette D. Pennypacker*
                                                  Evette D. Pennypacker
14                                                Quinn Emanuel Urquhart & Sullivan, LLP
                                                  555 Twin Dolphin Drive, 5th Floor
15                                                Redwood Shores, California  94065
                                                  Telephone:     (650) 801-5000
16                                                Facsimile:      (650) 801-5100

17                                           Attorneys for Defendants
                                             HALOGEN SOFTWARE, INC.
18
                         **ATTORNEY ATTESTATION**
19

20        Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

21  document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within

22  this electronically filed document.

                                             */s/ Patrick E. Premo*
23                                           Patrick E. Premo
                                             Attorneys for Plaintiff
24                                           SUCCESSFACTORS, INC.

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

**<u>PURSUANT TO STIPULATION, IT IS SO ORDERED.</u>**

3

4

Date: _3/28/11

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW