UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> HALOGEN SOFTWARE INC., <br><br> Defendant(s). | No. C10-5471 SBA (BZ) <br><br> **SECOND DISCOVERY ORDER** |

Following a telephone conference to address the issues raised in the parties' letters, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. The parties shall meet and confer and attempt to resolve their discovery dispute in accordance with the views expressed by the Court.

2. In the event that the parties cannot resolve their dispute, plaintiff is **GRANTED** leave to file a motion to compel the discovery it sought in its letter brief to the Court.

3. Plaintiff shall file a proposed version of the intermediate model Protective Order that is available on the Court's website, modified for this case, by **May 5, 2011**. It

shall remain in effect unless and until the parties stipulate to a different one.

Dated: May 4, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. HALOGEN\DISCOVERY ORDER.wpd