UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUCCESSFACTORS INC., | ) | |
| Plaintiff(s), | ) | No. C10-5471 SBA (BZ) |
| v. | ) | |
| HALOGEN SOFTWARE INC., | ) | **THIRD DISCOVERY ORDER** |
| Defendant(s). | ) | |

Following a telephone conference to address the issues raised in the parties' letters (Docket Nos. 66 and 68), at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. The parties shall appear on **May 31, 2011** at **9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102, and meet and confer in an attempt to resolve their discovery disputes in accordance with the views expressed by the Court. The parties shall arrange for a court reporter, with the costs to be split among the parties.

2. Plaintiff shall supplement its identification of its

1

1  trade secrets pursuant to California Civil Code § 2019.210 as
2  soon as possible but no later than **8:00 a.m.** on **May 31, 2011.**
3  Dated:  May 27, 2011

                                            Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\SUCCESSFACTORS V. HALOGEN\DISCOVERY ORDER 3.wpd