PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
LIWEN MAH (CSB NO. 239033)
lmah@fenwick.com
SEBASTIAN KAPLAN (CSB NO. 248206)
skaplan@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
SUCCESSFACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUCCESSFACTORS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HALOGEN SOFTWARE, INC., a Canadian corporation; and DOES 1-5, inclusive,<br><br>  Defendants. | Case No. 10-05471-SBA (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR SUCCESSFACTORS' MOTION TO COMPEL**<br><br>Courtroom: G, 15th Floor<br>Judge:       Honorable Bernard Zimmerman |

**STIPULATION**

WHEREAS, the Court has given Plaintiff SuccessFactors, Inc. ("SuccessFactors") leave to move to compel Defendant Halogen Software, Inc. ("Halogen");

WHEREAS, following a meet-and-confer on May 31, 2011, the Court instructed counsel for the parties to confer about a briefing schedule for any such motion to compel by SuccessFactors;

WHEREAS, no previous briefing schedule has been set for SuccessFactors' motion to compel;

1  WHEREAS, counsel for the parties agree that the following briefing schedule is appropriate
2  and will not affect the overall schedule of this case;
3  NOW, THEREFORE, SuccessFactors and Halogen STIPULATE AND AGREE that
4  SuccessFactors will file its motion to compel on June 6, 2011, that Halogen will file any opposition to
5  the motion to compel on or before June 13, 2011, and that SuccessFactors will file its reply on or
6  before June 17, 2011.  SuccessFactors and Halogen further STIPULATE AND AGREE that
7  SuccessFactors' motion to compel shall be heard on June 21 or 22, 2011 if necessary, or on such other
8  date set by the Court.

9  **IT IS SO STIPULATED.**

10 Dated:    June 6, 2011              FENWICK & WEST LLP

                                       By     /s/ *Patrick E. Premo*
                                                  Patrick E. Premo

                                       Attorneys for Plaintiff
                                       SUCCESSFACTORS, INC.

15 Dated:    June 6, 2011              QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By     /s/ *Evette Pennypacker*
                                                  Evette Pennypacker

                                       Attorneys for Defendant
                                       HALOGEN SOFTWARE, INC.

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

                                             /s/ Liwen Mah
                                                Liwen Mah

STIPULATION & [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE FOR SUCCESSFACTORS'           2           CASE NO.: 10-05471-SBA (BZ)
MOTION TO COMPEL

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**, except that no hearing will occur
                                                     unless scheduled by the Court.

3   Dated: June  9 , 2011                    _____
                                              Honorable Bernard Zimmerman
                                                    Magistrate Judge
                                              United States District Court

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION & [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE FOR SUCCESSFACTORS'         3         CASE NO.: 10-05471-SBA (BZ)
MOTION TO COMPEL