UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCCESSFACTORS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> HALOGEN SOFTWARE INC., <br><br> Defendant(s). | No. C10-5471 SBA (BZ) <br><br> **ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL** |

**IT IS HEREBY ORDERED** that defendant's motion for administrative relief to file documents under seal (Docket No. 72) is **DENIED**. Defendant moved to seal portions of its June 6, 2011 letter designated confidential by plaintiff. Plaintiff did not file a declaration establishing that the designated information is sealable, as required by Local Rule 79-5(d), and the time to do so has now passed.

**IT IS FURTHER ORDERED** that defendant comply with Local Rule 79-5(e).

Dated: June 21, 2011

Bernard Zimmerman
United States Magistrate Judge

1